UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11**<br>**Case No. 16-40120** |
| **ARCH COAL, INC.,** *et al.*, | **(Joint Administration Proposed)** |
| **Debtors.** | |

DISCLOSURE OF COMPENSATION
OF ATTORNEYS FOR THE DEBTORS

      I, Brian C. Walsh, hereby certify as follows:

      1.      From January 1, 2015 through January 11, 2016 (the "**Petition Date**"), Bryan Cave LLP ("**Bryan Cave**") received $95,217.40 from the Debtors[1] for services rendered or to be rendered in contemplation of or in connection with these Chapter 11 cases.  This amount includes a payment of estimated fees and expenses incurred by Bryan Cave shortly before the Petition Date.  This amount does not include the unapplied balance of a retainer provided to Bryan Cave by the Debtors.  Specific details regarding that retainer and the remaining balance thereof will be provided in the Debtors' forthcoming application to employ Bryan Cave as local restructuring counsel.

      2.      There is no agreement of any nature as to the sharing of any compensation to be paid to Bryan Cave, other than sharing among the partners and regular associates of Bryan Cave.

---

[1] The Debtors are listed on Schedule 1 attached hereto.  The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

Dated: January 11, 2016.
      St. Louis, Missouri

          Respectfully submitted,

          BRYAN CAVE LLP

          /s/ Brian C. Walsh
          Lloyd A. Palans, #22650MO
          Brian C. Walsh, #58091MO
          Cullen K. Kuhn, #53151MO
          Laura Uberti Hughes, #60732MO
          One Metropolitan Square
          211 N. Broadway, Suite 3600
          St. Louis, MO  63102
          (314) 259-2000
          Fax:  (314) 259-2020
          brian.walsh@bryancave.com

          *Proposed Local Counsel to the Debtors and Debtors in Possession*

# SCHEDULE 1
## Debtor Entities

1. ACI Terminal, LLC
2. Allegheny Land Company
3. Apogee Holdco, Inc.
4. Arch Coal, Inc.
5. Arch Coal Sales Company, Inc.
6. Arch Coal West, LLC
7. Arch Development, LLC
8. Arch Energy Resources, LLC
9. Arch Reclamation Services, Inc.
10. Arch Western Acquisition Corporation
11. Arch Western Acquisition, LLC
12. Arch Western Bituminous Group, LLC
13. Arch Western Finance LLC
14. Arch Western Resources, LLC
15. Arch of Wyoming, LLC
16. Ark Land Company
17. Ark Land KH, Inc.
18. Ark Land LT, Inc.
19. Ark Land WR, Inc.
20. Ashland Terminal, Inc.
21. Bronco Mining Company, Inc.
22. Catenary Coal Holdings, Inc.
23. Catenary HoldCo, Inc.
24. Coal-Mac, Inc.
25. CoalQuest Development LLC
26. Cumberland River Coal Company
27. Energy Development Co.
28. Hawthorne Coal Company, Inc.
29. Hobet Holdco, Inc.
30. Hunter Ridge, Inc.
31. Hunter Ridge Coal Company
32. Hunter Ridge Holdings, Inc.
33. ICG, Inc.
34. ICG, LLC
35. ICG Beckley, LLC
36. ICG East Kentucky, LLC
37. ICG Eastern, LLC
38. ICG Eastern Land, LLC
39. ICG Illinois, LLC
40. ICG Knott County, LLC
41. ICG Natural Resources, LLC
42. ICG Tygart Valley, LLC
43. International Coal Group, Inc.
44. Jacobs Ranch Coal LLC
45. Jacobs Ranch Holdings I LLC
46. Jacobs Ranch Holdings II LLC
47. Juliana Mining Company, Inc.
48. King Knob Coal Co., Inc.
49. Lone Mountain Processing, Inc.
50. Marine Coal Sales Company
51. Melrose Coal Company, Inc.
52. Mingo Logan Coal Company
53. Mountain Coal Company, L.L.C.
54. Mountain Gem Land, Inc.
55. Mountain Mining, Inc.
56. Mountaineer Land Company
57. Otter Creek Coal, LLC
58. Patriot Mining Company, Inc.
59. P.C. Holding, Inc.
60. Powell Mountain Energy, LLC
61. Prairie Coal Company, LLC
62. Prairie Holdings, Inc.
63. Saddleback Hills Coal Company
64. Shelby Run Mining Company, LLC
65. Simba Group, Inc.
66. Thunder Basin Coal Company, L.L.C.
67. Triton Coal Company, L.L.C.
68. Upshur Property, Inc.
69. Vindex Energy Corporation
70. Western Energy Resources, Inc.
71. White Wolf Energy, Inc.
72. Wolf Run Mining Company