**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**(EASTERN DIVISION)**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| ARCH COAL, INC., et al., | ) Case No. 16-40120-TFE |
|  | ) (Joint Administration Requested) |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO THE MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of UMB Bank, N.A. ("UMB"), as Indenture Trustee for 7% Senior Notes due 2019 and 7.25% Senior Notes due 2021, pursuant to the Indenture dated as of June 14, 2011, by and among Arch Coal, Inc., as Issuer, the Guarantors named therein, and UMB Bank, National Association, as Indenture Trustee, and as Indenture Trustee for 9.875% Senior Notes due 2019, pursuant to the Indenture dated as of November 21, 2012, by and among Arch Coal, Inc., as Issuer, the Guarantors named therein, and UMB Bank, National Association, as Indenture Trustee. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

>Eric R. Wilson, Esq.
>Benjamin D. Feder, Esq.
>**KELLEY DRYE & WARREN LLP**
>101 Park Avenue
>New York, New York 10178
>Tel:  212-808-7800
>Fax:  212-808-7897
>E-mail: KDWBankruptcyDepartment@KelleyDrye.com
>              ewilson@kelleydrye.com
>              bfeder@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive UMB's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or

recoupments to which UMB may or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: January 11, 2016
      New York, New York

                        **KELLEY DRYE & WARREN LLP**

                        By: */s/ Robert L. LeHane*
                            Robert L. LeHane, Esq.
                            Eric R. Wilson, Esq.
                            Benjamin D. Feder, Esq.
                        101 Park Avenue
                        New York, New York 10178
                        Tel: 212-808-7800
                        Fax: 212-808-7897
                        email: rlehane@kelleydrye.com

                        Attorneys for UMB Bank, N.A.