# Memorandum
## Office of the United States Trustee
Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

| | |
|---|---|
| **SUBJECT:** Chapter 11 Creditors' Meetings | **DATE:** January 13, 2016 |

TO: Debtors' Counsel            FROM: /s/ Paul A. Randolph
                                                           Assistant U. S. Trustee

Office of General Counsel
Missouri Department of Revenue

The following Chapter 11 case is set for hearing pursuant to 11 U.S.C. §341 on the date, time, and location indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

**§341 Meeting of Creditors** – March 10, 2016, at 2:00 p.m.
**U. S. Trustee Trial Attorney** – Leonora S. Long

**Location:**

[✓]     Thomas F. Eagleton U. S. Courthouse, 111 South 10th Street, **Suite 22.304**, St. Louis, Missouri 63102

[ ]     City Council Chambers, City Hall, 401 Independence St., Cape Girardeau, Missouri

[ ]     Municipal Court Room, 1st Floor, 777 Broadway, Hannibal, Missouri

**Re**

| | |
|---|---|
| Arch Coal, Inc., **Case No.** 16-40120-705 | ICG Knott County, LLC, **Case No.** 16-40171-705 |
| King Knob Coal Co., Inc., **Case No.** 16-40121-705 | White Wolf Energy, Inc., **Case No.** 16-40172-705 |
| Ark Land KH, Inc., **Case No.** 16-40122-705 | Jacobs Ranch Coal, LLC, **Case No.** 16-40173-705 |
| ACI Terminal, LLC, **Case No.** 16-40123-705 | Hobet Holdco, Inc., **Case No.** 16-40174-705 |
| Allegheny Land Company, **Case No.** 16-40124-705 | ICG Natural Resources, LLC, **Case No.** 16-40175-705 |
| Ark Land LT, Inc., **Case No.** 16-40125-705 | Wolf Run Mining Company, **Case No.** 16-40176-705 |
| Arch Coal West, LLC, **Case No.** 16-40126-705 | Hunter Ridge, Inc., **Case No.** 16-40177-705 |
| Lone Mountain Processing, Inc., **Case No.** 16-40127-705 | Jacobs Ranch Holdings I, LLC, **Case No.** 16-40178-705 |
| Ark Land WR, Inc., **Case No.** 16-40128-705 | Hunter Ridge Coal Company, **Case No.** 16-40179-705 |
| Apogee Holdco, Inc., **Case No.** 16-40129-705 | Hunter Ridge Holdings, Inc., **Case No.** 16-40180-705 |
| Marine Coal Sales Company, **Case No.** 16-40130-705 | Jacobs Ranch Holdings, II, LLC, **Case No.** 16-40181-705 |
| Arch Development, LLC, **Case No.** 16-40131-705 | ICG, Inc., **Case No.** 16-40182-705 |
| Melrose Coal Company, Inc., **Case No.** 16-40132-705 | Mountain Coal Company, L.L.C, **Case No.** 16-40183-705 |
| Arch Energy Resources, LLC, **Case No.** 16-40133-705 | International Coal Group, Inc., **Case No.** 16-40184-705 |
| Mingo Logan Coal Company, **Case No.** 16-40134-705 | Juliana Mining Company, Inc., **Case No.** 16-40185-705 |
| Arch Western Acquisition, LLC, **Case No.** 16-40135-705 | Otter Creek Coal, LLC, **Case No.** 16-40186-705 |
| Arch Coal Sales Company, Inc., **Case No.** 16-40136-705 | Powell Mountain Energy, LLC, **Case No.** 16-40187-705 |
| Ashland Terminal, Inc., **Case No.** 16-40137-705 | Shelby Run Mining Company, LLC, **Case No.** 16-40188-705 |
| Mountain Gem Land, Inc., **Case No.** 16-40138-705 | Thunder Basin Coal Company, L.L.C., **Case No.** 16-40189-705 |
| Arch Western Bituminous Group, LLC, **Case No.** 16-40139-705 | Trinton Coal Company, LLC, **Case No.** 16-40190-705 |
| Arch Reclamation Services, Inc., **Case No.** 16-40140-705 | Prairie Coal Company, LLC, **Case No.** 16-40191-705 |
| Bronco Mining Company, Inc., **Case No.** 16-40141-705 | |
| Mountain Mining, Inc., **Case No.** 16-40142-705 | |
| Arch Western Finance, LLC, **Case No.** 16-40143-705 | |
| Mountaineer Land Company, **Case No.** 16-40144-705 | |
| Catenary Coal Holdings, Inc., **Case No.** 16-40145-705 | |
| Arch Western Resources, LLC, **Case No.** 16-40146-705 | |
| P. C. Holding, Inc., **Case No.** 16-40147-705 | |
| Arch Western Acquisition Corporation, **Case No.** 16-40148-705 | |
| Patriot Mining Company, Inc., **Case No.** 16-40149-705 | |
| Arch of Wyoming, LLC, **Case No.** 16-40150-705 | |
| Catenary Holdco, Inc., **Case No.** 16-40151-705 | |
| Prairie Holdings, Inc., **Case No.** 16-40152-705 | |
| CoalQuest Development, LLC, **Case No.** 16-40153-705 | |
| Ark Land Company, **Case No.** 16-40154-705 | |
| Saddleback Hills Coal Company, **Case No.** 16-40155-705 | |
| Coal-Mac, Inc., **Case No.** 16-40156-705 | |
| ICG Beckley, LLC, **Case No.** 16-40157-705 | |
| Simba Group, Inc., **Case No.** 16-40158-705 | |
| ICG East Kentucky, LLC, **Case No.** 16-40159-705 | |
| ICG, LLC, **Case No.** 16-40160-705 | |
| Cumberland River Coal Company, **Case No.** 16-40161-705 | |
| Upshur Property, Inc., **Case No.**16-40162-705 | |
| ICG Eastern, LLC, **Case No.** 16-40163-705 | |
| Vindex Energy Corporation, **Case No.** 16-40164-705 | |
| ICG Eastern Land, LLC, **Case No.** 16-40165-705 | |
| Energy Development Co., **Case No.** 16-40166-705 | |
| ICG Tygart Valley, LLC, **Case No.** 16-40167-705 | |
| ICG Illinois, LLC, **Case No.** 16-40168-705 | |
| Western Energy Resources, Inc., **Case No.** 16-40169-705 | |
| Hawthorne Coal Company, Inc., **Case No.** 16-40170-705 | |