### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 16-40120-705** |
| **ARCH COAL, INC.,** *et al.,*[1] | |
| Debtors. | **(Jointly Administered)** |

### SCHEDULE OF ASSETS AND LIABILITIES FOR
### MINGO LOGAN COAL COMPANY (CASE NO. 16-40134-705)

---

[1]The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| **In re:** | **Chapter 11**<br>**Case No. 16-40120-705** |
| **ARCH COAL, INC.,** *et al.,* | **(Jointly Administered)** |
| Debtors.[1] | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND**
**DISCLAIMER REGARDING DEBTORS' SCHEDULES AND SOFAS**

**General**

Arch Coal, Inc. ("**Arch**") and 71 of its direct and indirect subsidiaries and affiliates (collectively, with Arch, the "**Debtors**"), with the assistance of their advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") in the United States Bankruptcy Court for the Eastern District of Missouri (the "**Bankruptcy Court**"). The Debtors prepared the Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Schedules and SOFAs are unaudited. Although management has made reasonable efforts to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of the preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may exist in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and SOFAs are wholly accurate and complete. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights of the Debtors, specifically including the Debtors' right to amend these Schedules and SOFAs and any rights with respect to any issues relating to substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules and SOFAs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each of the Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

---

[1] The Debtors are listed on Schedule 1 attached hereto. The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

**Description of the Cases and "As of" Information Date**

On January 11, 2016 (the "**Petition Date**"), the Debtors each filed a voluntary petition in the Bankruptcy Court for reorganization under chapter 11 of the Bankruptcy Code. The cases have been consolidated solely for the purpose of joint administration under case number 16-40120-705.

Each Debtor's fiscal year ends on December 31. All asset information contained in the Schedules and SOFAs, except where otherwise noted, is as of December 31, 2015. The liability information contained in the Schedules and SOFAs, except where otherwise noted, is as of the Petition Date of each respective Debtor, as appropriate.

Two of the Debtors, ICG Eastern Land, LLC and Powell Mountain Energy LLC, are inactive and have no recorded assets or liabilities but guarantee certain debt at Arch. Furthermore, the following Debtors have only intercompany receivables or payables and no other assets or liabilities: Allegheny Land Company; Arch Development, LLC; Arch Reclamation Services, Inc.; Arch Western Bituminous Group, LLC; Arch Western Finance, LLC; Ark Land WR, Inc.; Bronco Mining Company, Inc.; Catenary Coal Holdings, Inc.; Energy Development Co.; Hawthorne Coal Company, Inc.; Hunter Ridge Coal Company; ICG, Inc.; Marine Coal Sales Company; Melrose Coal Company, Inc.; Mountain Gem Land, Inc.; Mountain Mining, Inc.; Mountaineer Land Company; P.C. Holding, Inc.; and Simba Group, Inc.

**Basis of Presentation**

For financial reporting purposes, Arch prepares consolidated financial statements. These consolidated financial statements are filed with the Securities and Exchange Commission (the "**SEC**") and are audited annually. Unlike the consolidated financial statements, these Schedules and SOFAs, except as indicated herein, reflect the assets and liabilities of each Debtor, including intercompany accounts which would be eliminated in Arch's consolidated financial statements. Accordingly, combining the assets and claims set forth in the Schedules and SOFAs of the Debtors would result in amounts that would be substantially different from financial information for Arch and its respective consolidated subsidiaries that would be prepared under Generally Accepted Accounting Principles ("**GAAP**"). Therefore, these Schedules and SOFAs do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements filed by Arch with the SEC.

**Confidentiality**

There are instances within the Schedules and SOFAs where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment**

Although reasonable efforts were made to file complete and accurate Schedules and SOFAs, inadvertent errors and omissions may exist. The Debtors reserve the right to amend and/or

supplement their Schedules and SOFAs from time to time as they deem necessary or appropriate but are under no obligation to do so.

**Recharacterization**

The Debtors have made reasonable efforts to characterize, classify, categorize or designate correctly the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs. However, due to the complexity and size of the Debtors' businesses, the Debtors may have improperly characterized, classified, categorized or designated certain items. In addition, certain items reported in the Schedules and SOFAs may be included in more than one category. The designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item. The Debtors reserve their rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs at a later time either in amendments to the Schedules and SOFAs or in another appropriate filing as necessary or appropriate.

**Estimates and Assumptions**

The preparation of the Schedules and SOFAs required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of revenues and expenses. Actual results could differ materially from these estimates.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all the known amounts included on the Schedules and SOFAs.

**Unknown or Undetermined Amounts**

The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

**Exclusions**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAs such as: general accrued liabilities including, but not limited to, accrued salaries and employee benefits; tax accruals; asset retirement obligations and assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

**Foreign Currency**

Unless otherwise indicated, all amounts are reflected in U.S. dollars. Assets and liabilities denominated in foreign currencies were translated into U.S. dollars at reasonable market exchange rates. Subsequent adjustments to foreign currency valuation will not be made.

**Current Market Value of Assets**

It would be prohibitively expensive, unduly burdensome and an inefficient use of estate resources for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values for assets as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material. The values of certain assets are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values. As applicable, fixed assets and leasehold improvement assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value and are therefore not included in the Schedules and SOFAs. The Debtors reserve all rights to amend, supplement or adjust the asset values set forth in the Schedules and SOFAs.

**Consolidated Accounts Payable and Disbursements System**

The Debtors use a centralized cash management system to streamline collection, transfer, and disbursement of funds generated by the Debtors' business operations. Receivables are collected by non-Debtor subsidiaries of Arch and sent to Arch. Payables are paid by Arch on behalf of the Debtors and non-Debtor affiliates in the ordinary course of business. The Debtors record in their books and records any receipts and/or disbursements made on behalf of Debtors and non-Debtor affiliates as intercompany balances.

**Intercompany Accounts**

The Debtors routinely engage in intercompany transactions with non-Debtor subsidiaries and affiliates. Although the Debtors record intercompany activity in their respective intercompany accounts, the Debtors do not track, and cannot determine, the amounts of intercompany receivables and payables to or from counterparties. Thus, intercompany account balances are not shown in Schedule A/B or Schedule E/F. A listing of intercompany balances as of December 31, 2014 and as of December 31, 2015, however, has been included for all Debtors in SOFAs Part 2. The listing of these amounts is not and shall not be construed as an admission of the characterization of such balance, as debt, equity or otherwise, and is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to recharacterize, reprioritize, reclassify, recategorize or redesignate intercompany accounts reported in the Schedules and SOFAs.

**Accounts Receivable**

For confidentiality reasons, the Debtors have not listed individual customer accounts receivable information. Accounts receivable information for each Debtor has been listed as of December 31, 2015.

**Inventories; Property and Equipment**

Inventories consist of materials and supplies and coal inventory. These inventories are valued at book value. Coal inventory costs include labor, supplies, equipment, operating overhead and transportation costs incurred prior to the transfer of title to customers. Property, plant, equipment and mine development are recorded at cost or at fair value at the date of acquisition in the case of acquired businesses, and are presented net of accumulated depreciation and amortization. Property, plant, equipment are aggregated in the Debtors' books and records and cannot be segregated easily into the categories required by the Schedules and SOFAs. All inventories, as well as all property and equipment, are presented without consideration of any statutory or consensual liens.

**Coal Reserves**

The Debtors control an estimated 2.5 billion tons of proven and probable coal reserves located in the Power River, Illinois, Western Bituminous and Appalachian coal basins. The Debtors own approximately 23.1% of such coal reserves (by ton) and lease the remaining 76.9% of such coal reserves (by ton). The aggregate book value of owned and leased coal reserves is $2.4 billion as of December 31, 2015. The Debtors have not analyzed the current market value of their owned or leased coal reserves. Except where otherwise noted, the Debtors have reported the book value of all owned pieces of real property, including coal reserves, in Schedule A/B. Although not required, because leased coal reserves represent such a significant asset of the Debtors, the Debtors have also included the book value of leased coal reserves in Schedule A/B. Any unexpired coal reserve leases of the Debtors as of the Petition Date are included in Schedule G and to the extent that there was an amount outstanding under a coal reserve lease, such as royalties payable, as of the Petition Date, the amount owed to the lessor of the coal reserves has been listed on Schedule E/F.

**Other Leases**

The Debtors lease equipment and facilities under various operating lease agreements. These equipment and facilities leases are reported on Schedule G of each applicable Debtor, and to the extent that there was an amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F of each applicable Debtor.

**Contingent Assets**

The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws that are not listed as assets in their Schedules and SOFAs. The Debtors reserve all of their rights with respect to any claims and causes of action, whether arising under the Bankruptcy Code or otherwise, that they may have or will have, and nothing contained in these Global Notes or the Schedules and SOFAs shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the

assertion of such claims. The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtors and non-Debtors) for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things: (a) letters of credit, (b) surety bonds, (c) guarantees, (d) indemnities and (e) other arrangements. The Debtors reserve their rights to supplement the Schedules and SOFAs for these items at a later date. Additionally, prior to the relevant Petition Date, each Debtor, as a plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.

**Guarantees and Other Secondary Liability Claims**

The Debtors have made reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "**Guarantees**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees. The Debtors have placed the Guarantees on Schedule H for both the primary obligor and the guarantor of the relevant obligation. It is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guarantees are identified or such Guarantees are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guarantees in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guarantees not listed.

**Classifications**

Listing a claim as "secured," "unsecured priority" or "unsecured nonpriority," or listing a contract as "executory" or "unexpired," does not constitute an admission by a Debtor of the legal rights of the claimant or a waiver of any of Debtors' right to recharacterize or reclassify such claim or contract. The Debtors reserve the right to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim whether by amending the Schedules and SOFAs or in another appropriate filing.

**Contingent, Unliquidated and/or Disputed Claims**

Schedule D and Schedule E/F permit each of the Debtors to designate a claim as "contingent," "unliquidated" and/or "disputed." Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent" and/or "unliquidated" does not constitute an admission by the Debtors that such amount is not "contingent," "unliquidated" or "disputed" or that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "contingent," "unliquidated" and/or "disputed," whether by

6

amending the Schedules and SOFAs or in another appropriate filing. Listing a claim does not constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors' right to recharacterize or reclassify the claim or contract. Additionally, the Debtors reserve their rights to object to any listed claims on the grounds that, among other things, they have already been satisfied.

**Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount**

The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims including certain payments to employees, critical vendors, lien holders and taxing authorities. Where the Schedules and SOFAs list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any postpetition payments made as of March 8, 2016 on account of such claims pursuant to the authority granted to the Debtors by the Bankruptcy Court. To the extent any further adjustments are necessary for any additional postpetition payments made after March 8, 2016 on account of such claims pursuant to the authority granted to the Debtors by the Bankruptcy Court, such adjustments have not been included in the Schedules and SOFAs, unless otherwise noted on the applicable Schedule or SOFA. Estimates of claims set forth in the Schedules and SOFAs may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**Reservation of Rights**

The corporate structure of the Debtors is extraordinarily complex. The Debtors have used reasonable efforts to ensure accuracy in attributing the information listed in the Schedules and SOFAs to the correct Debtor; however, subsequent information or discovery may result in material changes to the Schedules and SOFAs and inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement their Schedules and SOFAs. Listing a claim or a contract with a particular Debtor does not constitute an admission by such Debtor of the legal rights of the claimant, or a waiver of the Debtors' right to disclaim such claim or contract as attributable to such Debtor. The Debtors reserve the right to amend the Schedules and SOFAs, and to relist any contract or claim with another Debtor and/or to remove such contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing.

**Schedule A/B – Real and Personal Property**

Cash accounts are presented at book value, unless otherwise noted. Assets recorded as negative net payables or other prepayments are representative of credits owed from customers or third parties.

Except where otherwise noted, the Debtors have included the book value of owned real property assets, including owned coal reserves, held by each Debtor on Schedule A/B. Because leased coal reserves represent such a significant asset of the Debtors, the Debtors have also included the book value of leased coal reserves in Schedule A/B. The Bankruptcy Court granted security

interests in and liens upon, among other things, the Debtors' real property for the benefit of the lenders providing the DIP Facility (as defined below).

Certain Debtors have accumulated significant net operating losses ("**NOLs**") for United States federal and state income tax purposes. As of the Debtors' December 31, 2015 financial statements, however, these NOLs have been fully reserved, resulting in a net book value of zero due to the unlikelihood of utilizing the NOLs within a reasonable period of time.

As part of their financial statement due diligence process, the Debtors, from time to time, analyze the book values of their assets to determine, with respect to any of their assets, whether all or part of the asset value should be impaired. Cash flow modeling is utilized to determine whether an impairment is evident. If an impairment is indicated, estimated fair values are calculated through discounted cash flow analyses. The Debtors have recently experienced significant write-offs of book values of certain assets, sometimes reducing book values of such assets to zero, due to the declining coal market in which the Debtors operate. Where book values of assets have been reduced to zero, such assets have not been included in these Schedules and SOFAs.

The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.

The Debtors are continuing their review of all relevant documents and reserve the right to amend all Schedules at a later time as necessary, or otherwise recharacterize their interests in such real or personal property at a later date. Further, due to the volume of the Debtors' real and personal property holdings, the Debtors may have listed certain assets as real property when such holdings are in fact in the nature of personal property holdings, or the Debtors may have listed certain assets as personal property assets when such holdings are in fact real property holdings. The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings at a later time to the extent the Debtors determine that such holdings were improperly listed.

**Schedule D, Part 1 – Creditors Who Have Secured Claims**

Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve their right to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including any intercompany agreement) related to such creditor's claim. In certain circumstances, a Debtor may be a co-obligor or guarantor with respect to the scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The

descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

As of the Petition Date, Arch was the borrower, and certain of the other Debtors were the guarantors, under a credit facility (the "**Prepetition Credit Facility**"), under which approximately $1.9 billion in term loans were outstanding. Additionally, as of the Petition Date, Arch had outstanding (a) approximately $350 million in aggregate principal amount of 8.00% senior secured lien notes due 2019 (the "**Prepetition Second Lien Notes**") and (b) approximately $2.9 billion in aggregate principal amount of senior unsecured notes issued in four separate tranches (the "**Prepetition Senior Unsecured Notes**"). Certain of the Debtors also sold or contributed receivables pursuant to a $200 million prepetition receivables facility (the "**Securitization Facility**") by which the Debtors obtained letters of credit to support their operations and under which approximately $178 million in letters of credit were outstanding as of the Petition Date.

Arch has since obtained postpetition financing (the "**DIP Facility**") consisting of a delayed draw term loan facility in the aggregate principal amount of approximately $275 million. Substantially all of the other Debtors guarantee Arch's obligations under the DIP Facility. The DIP Facility also has facilitated efforts to amend and restate the Securitization Facility to allow the Debtors to continue utilizing the Securitization Facility and maintaining letters of credit postpetition.

**Schedule E/F, Part 1 – Creditors With Priority Unsecured Claims**

Claims owed or potentially owed to various taxing authorities are listed on the Debtors' Schedule E/F. Certain of the tax claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as undetermined in amount, pending final resolution of on-going audits or outstanding issues. In addition, there may be other numerous contingent, unliquidated claims from state taxing authorities, not all of which are listed. The Debtors reserve the right to liquidate and pay prepetition and postpetition tax claims as outlined in the Debtors' Motion for Entry of an Order Authorizing (i) Debtors to Pay Certain Prepetition Taxes, Governmental Assessments and Fees and (ii) Financial Institutions to Honor and Process Related Checks and Transfers [ECF No. 24].

Except for a few individuals that may be entitled to unsecured priority claims earned in the 180 day period prior to the Petition Date, the Debtors believe that most of the employee claims entitled to priority under the Bankruptcy Code were or will be paid pursuant to certain first day orders that authorized the payment of such claims. Accordingly, only employee-related claims by and against the Debtors for prepetition amounts due that have not been paid as of the time that the Schedules and SOFAs were prepared by the Debtors, including employee-related claims for items not authorized to be paid by order of the Bankruptcy Court, have been included in Schedule E/F for each Debtor, if applicable.

## Schedule E/F, Part 2 – Creditors With Non-Priority Unsecured Claims

The Debtors have made reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records. The claims of individual creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is subject of the litigation is uncertain or undetermined. Where the named defendant is "Arch" plus "et al.," the Debtors have listed such claim on Schedule E/F of Arch. However, to the extent that litigation involving a particular Debtor has been identified, information regarding that litigation is contained in Schedule E/F for that Debtor.

## Schedule G – Executory Contracts and Unexpired Leases

The businesses of the Debtors are complex. Although the Debtors' existing books, records, financial systems and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and reasonable efforts have been made to ensure the accuracy of the Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the

Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

The Debtors have included only contracts and agreements to which a Debtor is a party. Schedule G does not include contracts or agreements in which payments to third parties were made on any of the Debtors' behalf for administrative convenience or as a result of the Debtors' cash management system.

The Debtors have included certain interests in real property such as easements, rights of way and other similar interests on Schedule G. The listing of such real property interests on Schedule G as "executory" does not constitute an admission by a Debtor that any such contract is executory. The Debtors reserve all rights to recategorize and/or recharacterize their interests in such real property at a later date, as necessary. Although not required, because leased coal reserves represent such a significant asset of the Debtors, the Debtors have also included the book value of leased coal reserves in Schedule A/B.

The Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease. Certain of the executory contracts may not have been memorialized and could be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. Schedule G does not constitute an admission that any such contract or agreement is

an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

**Schedule H – Co-Debtors**

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross claims and counter-claims against other parties. Due to the volume of such claims, and because all such claims are contingent, unliquidated and disputed, and listed elsewhere in the Schedules and SOFAs, such claims have not been set forth individually on Schedule H.

Schedule H reflects Guarantees, if any, by various Debtors of obligations of related affiliates. The Debtors may not have identified certain Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Certain of the Guarantees reflected on Schedule H, if any, may have expired or no longer be enforceable. Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or are unenforceable, or to contest the validity or enforceability of the Guarantees in another filing.

**Claims of Third-Party Related Entities**

Although the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and SOFAs shall similarly be considered as disputed, whether or not they are designated as such.

**Umbrella Agreements**

A number of contracts listed in the Schedules and SOFAs are umbrella agreements that cover some or all of the Debtors. Such agreements have been listed in the Schedules and SOFAs of the Debtor that was the main signatory to the agreement, although more than one of the Debtors may be obligated under the agreement.

**Pension Obligations for Active and Retired Employees**

The Debtors maintain two qualified defined benefit pension plans that, as of September 30, 2015, were overfunded for funding purposes: (a) the Arch Coal, Inc. Retirement Account Plan, which was frozen effective as of December 31, 2014 as to future service benefit accruals and (b) the

Cumberland River Coal Company Pension Plan, which was frozen effective as of February 15, 2015 as to future service benefit accruals.

Pursuant to the Order Authorizing (i) Debtors to (a) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (b) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (ii) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims and (iii) Financial Institutions to Honor And Process Related Checks And Transfers [ECF No. 54] entered by the Bankruptcy Court on January 13, 2016, the Debtors are authorized to continue, but not to pay outstanding prepetition amounts under, (x) the Arch Coal, Inc. Supplemental Retirement Plan, which is a non-qualified defined pension plan and (y) the Arch Coal, Inc. Deferred Compensation Plan, which is a non-qualified deferred compensation plan.

**Workers' Compensation Claims**

The Debtors are subject to the Federal Mine Safety and Health Act of 1977, 30 U.S.C. § 901 *et seq.* (the "**Black Lung Benefits Act**") and other workers' compensation laws in the states in which they operate. Under the Black Lung Benefits Act, such Debtors are required to provide benefits to their current and former coal miners (and certain of their qualified dependents) suffering from coal workers' pneumoconiosis, an occupational disease often referred to as black lung disease. The Debtors estimate that, as of December 31, 2015, their Black Lung Benefits Act liabilities total approximately $90 million . The Debtors estimate that, as of December 31, 2015, other workers' compensation liabilities total approximately $38 million. Separately, the Debtors have posted approximately $150 million in letters of credit, cash and/or bonds to secure their liabilities with respect to Black Lung Benefits Act liabilities and other workers' compensation liabilities. Arch's Schedule E/F includes a number of workers' compensation obligations that originated against companies that have been dissolved or sold but were retained by the Debtors. Workers' compensation obligations are broken out among the applicable Debtor entities and have been listed on their respective Schedule E/Fs as undetermined individual amounts.

**SOFAs Part 1, Question 2 – Non-Business Revenue**

The Debtors record a non-material amount of certain transactions as other income in their financial records. Such transactions have been included in the response to SOFAs Part 1, Question 2. These transactions are not related to the sale of coal but are related to the sale of surplus equipment, scrap metal and other sundry items.

**SOFAs Part 2, Question 3 – 90 Day Payments**

The dates set forth in the "Dates" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date. In general, disbursements are made by Arch and recorded to the proper entity with the liability through intercompany journal entries. For the purpose of this schedule, all of these payments are recorded on Arch's SOFA Part 2, Question 3 except where otherwise noted in the response of a particular Debtor to SOFA Part 2, Question 3. In addition to the payments disclosed in response to this Question, the

Debtors periodically replenish "petty cash" working accounts held locally by some entities. Disbursements from these working accounts, held by various Debtors, to third party payees are included in this Question but the intercompany replenishment transactions are not.

## SOFAs Part 2, Question 4 – Payments to Insiders

The listing of a party as an "insider," throughout the Schedules and SOFAs, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims and defenses are hereby expressly reserved.

Certain of the Debtors' directors, officers and senior management members can elect to defer payment of a percentage of the wages they earn to a future period. The response to SOFAs Part 2, Question 4 does not include wages earned and deferred during the one year period prior to the Petition Date of each of the respective Debtors but does include any wages that were deferred in the past and paid to employees during the one year period preceding the Petition Date.

Certain of the Debtors' directors and officers receive (a) restricted stock grants and (b) performance stock grants (together the "**Grants**") as part of a long term incentive plan. The amounts shown in SOFAs Part 2, Question 4 include amounts for the Grants issued but not vested during the one year period preceding the Petition Date.

Certain of the Debtors' senior management members receive rights to purchase stock of the Debtors as part of their compensation package. The amounts shown in SOFAs Part 2, Question 4 include the rights granted during the one year period preceding the Petition Date, regardless of when the rights are vested or exercised.

Additionally, the amounts shown in SOFAs Part 2, Question 4 include payments under the Debtors' primary incentive compensation plans ("**Incentive Compensation Payments**") earned in both calendar year 2014 and calendar year 2015. The Incentive Compensation Payments earned in calendar year 2014 were paid in 2015, and the Incentive Compensation Payments earned in calendar year 2015 were paid in 2016.  No further Incentive Compensation Payments to the individuals listed in SOFAs Part 2, Question 4 will occur in calendar year 2016.

The payments to "insiders" listed in SOFAs Part 2, Question 4 were made primarily by Arch and Arch Coal Sales Company, Inc. These payments were not allocated among the subsidiary Debtors, so the list of total payments to each "insider" is shown for all Debtors.

## SOFAs Part 2, Question 5 – Repossessions, Foreclosures and Returns

The Debtors routinely return damaged, unsatisfactory or out-of-specification raw materials and other goods to vendors in the ordinary course of business. These ordinary course returns have not been listed in SOFAs Part 2, Question 5.

**SOFAs Part 2, Question 6 – Setoffs**

The Debtors incur setoffs during the ordinary course of business. Setoffs in the ordinary course can result from various items including derivative transactions in connection with market risk management activities and counterparty settlements. These normal setoffs can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all normal setoffs. Therefore, normal setoffs are excluded from the Debtors' responses to SOFAs Part 2, Question 6, except where otherwise noted in the response of a particular Debtor to SOFA Part 2, Question 6.

**SOFAs Part 3 – Legal Actions or Assignments**

There are several pending litigation matters that are believed to have potential recoveries. The actual amount of these litigation matters is contingent on the outcome of the cases. The Debtors routinely participate in administrative actions and appeals with state agencies regarding permits in the ordinary course of their business and they have identified those administrative actions that were pending within one year of the Petition Date.

**SOFAs Part 4, Question 9 – Certain Gifts and Charitable Contributions**

Certain gifts and charitable conditions made during the period from January 1, 2015 through January 10, 2016 have been listed in SOFAs Part 4, Question 9. Multiple donations to a single organization may have been consolidated into one line in response to SOFAs Part 4, Question 9.

**SOFAs Part 5 – Certain Losses**

Any claims for losses that do not exceed the deductible amount of $3,500,000 for certain casualty insurance policies maintained by the Debtors have been excluded from SOFAs Part 5.

**SOFAs Part 6 – Certain Payments or Transfers**

The Debtors make *de minimus* sales to third parties for such items including, but not limited to, scrap steel, obsolete parts and supplies, and surplus inventory and equipment.

**SOFAs Part 11 – Property Held for Another**

The Debtors withhold or retain certain funds from employees for payment to certain governmental authorities. These funds are held in trust for turnover to the applicable governmental authority. Given that the Debtors do not retain control of such funds and such funds are not considered property of the Debtors' estate, amounts of such funds have not been listed under SOFAs Part 11.

In the ordinary course of business, Arch enters into consignment agreements (the "**Consignment Agreements**") on behalf of certain of the Debtors with some of their vendors. Under the Consignment Agreements, the Debtors take possession but not title to various materials and supplies, including parts and components of various mining and mining-related

equipment (the "**Consigned Assets**"). Title to the Consigned Assets does not transfer to the Debtors, and the Debtors are not obligated to pay for the Consigned Assets until the Consigned Assets are placed in service. Consigned Assets have not been listed in SOFAs Part 11.

## SOFAs Part 12 – Details About Environmental Information

The Debtors historically have operated in many locations across the United States. At some locations, the Debtors no longer have any active operations and may no longer have relevant records or the records may no longer be complete or reasonably accessible or reviewable. Some individuals who once possessed responsive information are no longer employed by the Debtors. For all these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" literally responsive to SOFAs Part 12. The Debtors have devoted substantial internal and external resources to identifying and providing the requested information that is responsive for as many sites and proceedings as reasonably possible. The Debtors may supplement or amend this response in the future. Due to the volume of potentially responsive information, the practical burdens in compiling information on inactive and/or resolved matters and the presumably lower relevance of information on inactive and/or resolved matters, responsive information is presented only for matters and issues that have arisen within the last five years, including matters and issues that the Debtors consider to have been resolved. When some requested categories of information were not reasonably available for a listed "site" or "proceeding," the Debtors' response gives as much information as was reasonably available. This response does not include sites or proceedings related to non-environmental laws such as occupational safety and health laws or transportation laws. The Debtors are legally required to make routine reports and submissions to regulatory agencies concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions concerning air emissions. This response is limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws.

## SOFAs Part 13, Question 26 – Books, Records and Financial Statements

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, Arch and its subsidiaries have filed with the SEC reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information. Because the SEC filings are of public record, Arch does not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or Arch. In addition, Arch provides certain parties, such as banks, auditors, potential investors, vendors and financial advisors financial statements that may not be part of a public filing. Arch does not maintain complete lists to track such disclosures. As such, Arch has not provided lists of these parties in response to SOFAs Part 13, Question 26c and Question 26d.

## SOFAs Part 13, Question 27 – Inventories

The Debtors' policy concerning the counts of parts and supplies inventory does not include periodic counts of the entire inventory. Instead, cycle counts of portions of inventory are

continuously taken. Thus, information concerning parts and supplies inventory counts are not included in the response to SOFAs Part 13, Question 27.

**SOFAs Part 13, Question 30 – Payments, Distributions or Withdrawals to Insiders**

The response to SOFAs Part 13, Question 30 incorporates by reference items listed in the response to SOFAs Part 2, Question 4.

**Limitation of Liability**

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. In no event shall any of the Debtors or any of their officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

# SCHEDULE 1
## Debtor Entities

| | |
|---|---|
| 1. | ACI Terminal, LLC |
| 2. | Allegheny Land Company |
| 3. | Apogee Holdco, Inc. |
| 4. | Arch Coal, Inc. |
| 5. | Arch Coal Sales Company, Inc. |
| 6. | Arch Coal West, LLC |
| 7. | Arch Development, LLC |
| 8. | Arch Energy Resources, LLC |
| 9. | Arch Reclamation Services, Inc. |
| 10. | Arch Western Acquisition Corporation |
| 11. | Arch Western Acquisition, LLC |
| 12. | Arch Western Bituminous Group, LLC |
| 13. | Arch Western Finance LLC |
| 14. | Arch Western Resources, LLC |
| 15. | Arch of Wyoming, LLC |
| 16. | Ark Land Company |
| 17. | Ark Land KH, Inc. |
| 18. | Ark Land LT, Inc. |
| 19. | Ark Land WR, Inc. |
| 20. | Ashland Terminal, Inc. |
| 21. | Bronco Mining Company, Inc. |
| 22. | Catenary Coal Holdings, Inc. |
| 23. | Catenary HoldCo, Inc. |
| 24. | Coal-Mac, Inc. |
| 25. | CoalQuest Development LLC |
| 26. | Cumberland River Coal Company |
| 27. | Energy Development Co. |
| 28. | Hawthorne Coal Company, Inc. |
| 29. | Hobet Holdco, Inc. |
| 30. | Hunter Ridge, Inc. |
| 31. | Hunter Ridge Coal Company |
| 32. | Hunter Ridge Holdings, Inc. |
| 33. | ICG, Inc. |
| 34. | ICG, LLC |
| 35. | ICG Beckley, LLC |
| 36. | ICG East Kentucky, LLC |
| 37. | ICG Eastern, LLC |
| 38. | ICG Eastern Land, LLC |
| 39. | ICG Illinois, LLC |
| 40. | ICG Knott County, LLC |
| 41. | ICG Natural Resources, LLC |
| 42. | ICG Tygart Valley, LLC |
| 43. | International Coal Group, Inc. |
| 44. | Jacobs Ranch Coal LLC |
| 45. | Jacobs Ranch Holdings I LLC |
| 46. | Jacobs Ranch Holdings II LLC |
| 47. | Juliana Mining Company, Inc. |
| 48. | King Knob Coal Co., Inc. |
| 49. | Lone Mountain Processing, Inc. |
| 50. | Marine Coal Sales Company |
| 51. | Melrose Coal Company, Inc. |
| 52. | Mingo Logan Coal Company |
| 53. | Mountain Coal Company, L.L.C. |
| 54. | Mountain Gem Land, Inc. |
| 55. | Mountain Mining, Inc. |
| 56. | Mountaineer Land Company |
| 57. | Otter Creek Coal, LLC |
| 58. | Patriot Mining Company, Inc. |
| 59. | P.C. Holding, Inc. |
| 60. | Powell Mountain Energy, LLC |
| 61. | Prairie Coal Company, LLC |
| 62. | Prairie Holdings, Inc. |
| 63. | Saddleback Hills Coal Company |
| 64. | Shelby Run Mining Company, LLC |
| 65. | Simba Group, Inc. |
| 66. | Thunder Basin Coal Company, L.L.C. |
| 67. | Triton Coal Company, L.L.C. |
| 68. | Upshur Property, Inc. |
| 69. | Vindex Energy Corporation |
| 70. | Western Energy Resources, Inc. |
| 71. | White Wolf Energy, Inc. |
| 72. | Wolf Run Mining Company |

**Fill in this information to identify the case:**

Debtor name **Mingo Logan Coal Company**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known) **16-40134**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $ 39,009,253.91

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $ 39,009,253.91

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 1,891,000,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......................... +$ 3,353,809,163.98

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b

   $ 5,244,809,163.98

---

Official Form 206Sum                **Summary of Assets and Liabilities for Non-Individuals**                page 1 of 1

**Fill in this information to identify the case:**

Debtor name      **Mingo Logan Coal Company**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   **16-40134**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **Working funds** | **0134** | **$8,550.60** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$8,550.60**

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Appalachian Power, utility deposit** | **$1,108,304.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$1,108,304.00**

| Debtor | **Mingo Logan Coal Company** | Case number *(If known)*  **16-40134** |
|---|---|---|
| | Name | |

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:         **4,593.90**      -          **0.00**   = ....          **$4,593.90**

                                          face amount                  doubtful or uncollectible accounts

11b. Over 90 days old:         **260,437.25**      -          **0.00**   =....          **$260,437.25**

                                          face amount                  doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                                  | **$265,031.15** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.      **Raw materials** | | | | |
| 20.      **Work in progress** | | | | |
| 21.      **Finished goods, including goods held for resale** | | | | |
| 22.      **Other inventory or supplies** **See Attached Schedule A/B, Part 5, Question 22** | **N/A** | **$31,519,052.73** | **N/A** | **$31,519,052.73** |

23.      **Total of Part 5.**                                                                                  | **$31,519,052.73** |
Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value         **0**   Valuation method   **Unknown**   Current Value         **0**

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

---

Debtor **Mingo Logan Coal Company**                Case number *(If known)* **16-40134**
_____
Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See Attached Schedule A/B, Part 8, Question 50** | $5,012,420.29 | N/A | $5,012,420.29 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $5,012,420.29 |
|---|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor  **Mingo Logan Coal Company**                                      Case number *(If known)*  **16-40134**
         Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |
| 71. **Notes receivable**<br>Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. **Trusts, equitable or future interests in property** |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
|     **Construction in process - deferred development** | **$1,095,895.14** |

| 78. | **Total of Part 11.** | |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. | **$1,095,895.14** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Mingo Logan Coal Company**                           Case number *(If known)*  **16-40134**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,550.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,108,304.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $265,031.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $31,519,052.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,012,420.29 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,095,895.14 | |
| 91. **Total.** Add lines 80 through 90 for each column | $39,009,253.91 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,009,253.91 |

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 5

In re Mingo Logan Coal Company
Case No. 16-40134

Schedule A/B:  Part 3, Question 11 - Accounts receivable

| Account Receivable Type | Face Amount | 90 days or less | > 90 days |
|---|---|---|---|
| Accounts Receivable - vendor returns | $4,593.90 | $4,593.90 | |
| Accounts Receivable - miscellaneous | $83,333.33 | | $83,333.33 |
| Accounts Receivable - miscellaneous | $177,103.92 | | $177,103.92 |
| **Total:** | **$265,031.15** | **$4,593.90** | **$260,437.25** |

In re Mingo Logan Coal Company
Case No. 16-40134

Schedule A/B:  Part 5, Questions 19-26 - Inventory , excluding agricultural assets

| General Description of Property (Raw Materials, Work in Progress, Finished Goods, Other Inventory or Supplies) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Coal Inventory - clean coal stockpile | $14,065,958.70 | N/A | $14,065,958.70 |
| Coal inventory - in transit | $1,091,531.68 | N/A | $1,091,531.68 |
| Coal Inventory - raw coal stockpile | $12,482,543.12 | N/A | $12,482,543.12 |
| Goods sent off site for repair | $99,940.78 | N/A | $99,940.78 |
| Material, parts & supplies | $4,003,496.36 | N/A | $4,003,496.36 |
| Reserve for obsolescence | -$224,417.91 | N/A | -$224,417.91 |
| **TOTAL:** | $31,519,052.73 | | $31,519,052.73 |

In re Mingo Logan Coal Company
Case No. 16-40134

Schedule A/B:  Part 8, Questions 47-53 - Machinery, equipment and vehicles

| General Description of Property (Automobiles, Vans, Trucks, etc.; Watercraft, Trailers, Motors and Related Accessories; Aircraft and Accessories; Other Machinery, Fixtures, and Equpment) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Construction in Process | $431,472.80 | N/A | $431,472.80 |
| Property & Equipment | $4,076,860.00 | N/A | $4,076,860.00 |
| Property & Equipment | $504,087.49 | N/A | $504,087.49 |
| **TOTAL:** | $5,012,420.29 | | $5,012,420.29 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mingo Logan Coal Company** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | **16-40134** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |
| **2.1** | **See Schedule D: Part 1 Attachment**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$1,891,000,000.00** | **Unknown** |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,891,000,000.00**

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case No. 16-40134

Schedule D - Creditors Who Hold Claims Secured by Property

| Creditor Name | Address1 | Address2 | City | State | Zip | Insider or Related Party? | Codebtor | Date Debt was Incurred, Description of Debtor's Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Trust National Association | 50 South Sixth Street | Suite 1290 | Minneapolis | MN | 55402 | | x | Substantially all of the debtor's assets; Senior Secured First Lien Term Loan | | | | $1,891,000,000.00 | Unknown |

1 of 1

**Fill in this information to identify the case:**

Debtor name __**Mingo Logan Coal Company**__

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) __16-40134__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**See Schedule E/F: Part 1 Attachment** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**See Schedule E/F: Part 2 Attachment** | **$3,353,809,163.98** |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor  **Mingo Logan Coal Company**
_____
Name

Case number (if known)  **16-40134**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $   **3,353,809,163.98** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   **3,353,809,163.98** |

Case No. 16-40134
Schedule E - Part 2: Creditors With Priority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Date Debt was Incurred, Basis for Claim | Specify Code Subsection of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Department Of Labor/Msha | Po Box 790390 | | St Louis | MO | 63179 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Internal Revenue Service | Attn:  Centralized Insolvency Operation | 2970 Market St. | Philadelphia | PA | 19104-5016 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Mine Safety & Health Admin | P O Box 36025Om | | Pittsburgh | PA | 15251 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Office Of Ems | Attn:  Pamela Hitt | 350 Capitol Street Room 425 | Charleston | WV | 25301 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| The County Commission Of | Logan County West Virgina | 300 Stratton Street | Logan | WV | 25601 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Us Nuclear Regulatory Commission | Po Box 954514 | | St Louis | MO | 63195 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Wv Dept Of Env Protecton | Office Of Water Resources | Tres/Rpd - Pob 364 | Charleston | WV | 25322 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Wv Division Of Natural Resources | Office Of Land And Streams | 324 Fourth Avenue  Room 200 | South Charleston | WV | 25303 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |
| Wv Office Of Miners Health | Safety & Training | 891 Stewart Street | Welch | WV | 24801 | Tax Claim | 11 U.S.C. 507(a)(8) | x | x | x | | Unknown | Unknown |

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A L Lee Corp | P O Box 99 | | | Lester | WV | 25865 | | Trade Vendor; Various | | | | | $5,922.84 |
| A T & T Mobility | Po Box 6463 | | | Carol Stream | IL | 60197-6463 | | Trade Vendor; Various | | | | | $521.27 |
| Air Technologies, Inc | 4200 First Ave Bldg 114 | Po Box 38 | | Nitro | WV | 25143 | | Trade Vendor; Various | | | | | $2,104.79 |
| Alley Trucking Llc | 123 Little Mudlick Br | | | Belfry | KY | 41514 | | Trade Vendor; Various | | | | | $1,265.00 |
| ALLIANCE CONSULTING INC | Attn Accounts Department | 124 Philpott Lane | | Beaver | WV | 25813-9502 | | Trade Vendor; Various | | | | | $1,279.65 |
| Alvin Jewell | 7623 Herndon Rd | | | Herndon | WV | 24726 | | Trade Vendor; Various | X | X | X | | Unknown |
| American Electric Power | Po Box 24401 | | | CANTON | OH | 44701-4401 | | Trade Vendor; Various | | | | | $516,951.58 |
| Andrew Tiller Jr | 215 Slaters Br Rd | | | Turkey Creek | KY | 41514 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Appalachian Tire Products Inc | 2907 4Th Avenue | | | Charleston | WV | 25387 | | Trade Vendor; Various | | | | | $16,120.42 |
| Applied Health Physics Inc | 2986 Industrial Blvd | | | Bethel Park | PA | 15102 | | Trade Vendor; Various | | | | | $1,525.00 |
| Arch Environmental Equipment Inc | Po Box 2422 | | | Paducah | KY | 42002-0000 | | Trade Vendor; Various | | | | | $1,519.50 |
| Arch Insurance Group | Attn: Matt Haydon | Three Parkway | Ste. 1500 | Philadelphia | PA | 19102 | | Surety Bond Provider #SU1123028; Various | X | X | X | | Unknown |
| Argo Surety | Attn: Mark Farina | 2000 Waterview Drive | Ste. 102 | Hamilton Township | NJ | 08691 | | Surety Bond Provider #SUR0017582; Various | X | X | X | | Unknown |
| Argo Surety | Attn: Mark Farina | 2000 Waterview Drive | Ste. 102 | Hamilton Township | NJ | 08691 | | Surety Bond Provider #SUR0017624; Various | X | X | X | | Unknown |
| Argo Surety | Attn: Mark Farina | 2000 Waterview Drive | Ste. 102 | Hamilton Township | NJ | 08691 | | Surety Bond Provider #SUR0017625; Various | X | X | X | | Unknown |
| Argo Surety | Attn: Mark Farina | 2000 Waterview Drive | Ste. 102 | Hamilton Township | NJ | 08691 | | Surety Bond Provider #SUR0017626; Various | X | X | X | | Unknown |
| Argo Surety | Attn: Mark Farina | 2000 Waterview Drive | Ste. 102 | Hamilton Township | NJ | 08691 | | Surety Bond Provider #SUR0022632; Various | X | X | X | | Unknown |
| Argo Surety | Attn: Mark Farina | 2000 Waterview Drive | Ste. 102 | Hamilton Township | NJ | 08691 | | Surety Bond Provider #SUR0028774; Various | X | X | X | | Unknown |
| Artistic Promotions | 2306 Charles Avenue | | | Dunbar | WV | 25064 | | Trade Vendor; Various | | | | | $800.28 |
| Avmac Service Inc | Po Box 258 | | | Logan | WV | 25601 | | Trade Vendor; Various | | | | | $3,670.80 |
| Banks-Miller Supply Co Inc | 1889 Daniel Boone Parkway | | | Foster | WV | 25081 | | Trade Vendor; Various | | | | | $8,464.59 |
| Belcher Mining & Industrial | Po Box 3006 | | | Bluefield | WV | 24701 | | Trade Vendor; Various | | | | | $25,551.00 |
| BILLY HUNT | RT 3 BOX 215 | | | DELBARTON | WV | 25670 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Blue Ridge Diesel Injection Inc | 1016 Delaware Street | P O Box 867 | | Salem | VA | 24153-0867 | | Trade Vendor; Various | | | | | $12,340.84 |
| Bnb Heating Cooling & Electrical | 55 Davis Trace | | | Hamlin | WV | 25523 | | Trade Vendor; Various | | | | | $3,489.75 |
| Bobby Bonds | PO Box 1078 | | | Sophia | WV | 25921-1078 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Boone Memorial Hospital | 701 Madison Avenue | | | Madison | WV | 25130 | | Trade Vendor; Various | | | | | $40.00 |
| Bsc Downard Llc | Downard Hydraulics | 483 Turnpike Industrial Park | | Princeton | WV | 24739-2303 | | Trade Vendor; Various | | | | | $9,947.44 |
| C B C Engineers & Associates | 125 Westpark Road | | | Centerville | OH | 45459 | | Trade Vendor; Various | | | | | $2,075.00 |
| C S E Corp | 330-C Harper Park Dr | | | Beckley | WV | 25801 | | Trade Vendor; Various | | | | | $1,606.40 |
| Carl Rowe | PO Box 184 | c/o Darlene K. Rowe | | Avondale | WV | 24811 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Carpenters Repair Inc | Po Box 415 | | | Lake | WV | 25121 | | Trade Vendor; Various | | | | | $50,630.09 |
| Cecil I Walker Machinery Co | Rt 10 | Po Box 307 | | Lyburn | WV | 25632 | | Trade Vendor; Various | | | | | $118,419.14 |
| CHARLES A FERGUSON | PO BOX 20 | | | RAGLAND | WV | 25690 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Charles Blankenship | PO Box 39 | | | Ballard | WV | 24918 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| CHARLES FERGUSON | PO BOX 97 | | | RAGLAND | WV | 25690 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Charles McDaniel | PO Box 95 | 136 Pine St | | Mabscott | WV | 25871 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Charleston Blueprint Inc | 1203 Virginia St East | | | Charleston | WV | 25301 | | Trade Vendor; Various | | | | | $1,404.00 |
| CHARLIE WHITE | PO BOX 651 | | | LENORE | WV | 25676 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| CHRISTOPHER RAMEY | 301 STATE ROUTE 10 | | | HARTS | WV | 25524 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Cincinnati Mine Machinery Co Inc | Old Route 10 Phico | | | Chapmanville | WV | 25508 | | Trade Vendor; Various | | | | | $7,415.50 |
| Cintas Corporation | Po Box 630910 | | | Cincinnati | OH | 45263 | | Trade Vendor; Various | | | | | $20,952.77 |
| Civitas Holdings Llc | Civitas Media Llc | 4500 Lyons Road | | Miamisburg | OH | 45342 | | Trade Vendor; Various | | | | | $227.50 |
| Cj'S Well Service Inc. | Po Box 133 | | | Rowe | WV | 24646 | | Trade Vendor; Various | | | | | $12,849.00 |
| CLARENCE RAMEY | 8 MUD LICK | | | FERRELLSBURG | WV | 25524 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Clark Gillian Training | 1089 Old Grandview Road | | | Beaver | WV | 25813 | | Trade Vendor; Various | | | | | $1,500.00 |
| Clifford Adkins, et al. | The Calwell Practice, PLLC | 500 Randolph Street | | Charleston | WV | 25302 | | Civil Action No. 06-C-161-P, West Virginia Flood Litigation; 05/30/2006 | X | X | X | | Unknown |
| Coalfield Lumber Co | Po Box 1656 | | | Inez | KY | 41224 | | Trade Vendor; Various | | | | | $44,273.28 |
| Coalfield Services Inc | 3203 Peppers Ferry Road | | | Wytheville | VA | 24382 | | Trade Vendor; Various | | | | | $236.08 |
| Coastal Drilling East Llc | 130 Meadow Ridge Rd | | | Mt Morris | PA | 15349 | | Trade Vendor; Various | | | | | $276,836.05 |
| Conn Weld Industries Inc | 315 Wabash | Po Box 5329 | | Princeton | WV | 24740 | | Trade Vendor; Various | | | | | $12,888.73 |
| Cooks Sanitation Service Inc | Po Box 879 | | | Oceana | WV | 24870 | | Trade Vendor; Various | | | | | $3,401.62 |
| CRANE 1 SERVICES INC | 550 Conover | | | Franklin | OH | 45005 | | Trade Vendor; Various | | | | | $3,150.00 |
| Crennis Bryant | PO Box 555 | | | Hanover | WV | 24839 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Dallas Owens | PO Box 843 | c/o Erma Owens | | Oceana | WV | 24870-0843 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Dann Marine Towing LC | 299 Boatyard Road | Po Box 250 | | Chesapeake City | MD | 21915 | | Towing; Various | X | X | X | | Unknown |
| Danny Hatfield | PO Box 916 | | | Gilbert | WV | 25621-0916 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| DARRELL HARMON | 516 BIG BRANCH RD | | | LOVELY | KY | 41231 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| DAVID A VICKERS | 187 CANEY BRANCH | | | CHAPMANVILLE | WV | 25508 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| DAVID RAMEY | 96 GARTON FORK | | | HARTS | WV | 25524 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| David Sullivan | 240 Nolan St | | | Williamson | WV | 25661 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| David Terry | 117 Wade Rd | | | Beckley | WV | 25801 | | Workers' compensation claim; Various | X | X | X | | Unknown |

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Varney | 22 Rose Hill | | | Delbarton | WV | 25670 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Decota Consulting Company Inc | 4984 West Washington Street | | | CROSS LANES | WV | 25313 | | Trade Vendor; Various | | | | | $7,653.12 |
| Dennis Mullins | 1229 Panther Ridge Rd | | | Grundy | VA | 24614 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Dewar Of Virginia Inc | Po Box 5386 | | | Princeton | WV | 24740 | | Trade Vendor; Various | | | | | $2,202.00 |
| Directv | Po Box 60036 | | | Los Angeles | CA | 90060-0036 | | Trade Vendor; Various | | | | | $45.33 |
| DONALD R MCCOY | PO BOX 1132 | | | WELCH | WV | 24801-1132 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Eastern Screens & Drives | 402 Teays Branch Rd | | | Paintsville | KY | 41240 | | Trade Vendor; Various | | | | | $20,057.12 |
| Eastern States Mine Supply Co | Po Box 538 | | | Madison | WV | 25130 | | Trade Vendor; Various | | | | | $1,008.44 |
| Ecom America Limited | 1628 Oakbrook Drive | | | Gainsville | GA | 37507 | | Trade Vendor; Various | | | | | $79.84 |
| Eddie Lawson | PO Box N | | | Whitman | WV | 25652 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Eddie Tackett | Box 214 | | | Accoville | WV | 25606 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Elbert Brown | 1056 Glen Fork Hollow Rd | | | Glen Fork | WV | 25845 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Elbert Pope | RR 2 Box 84 | | | Delbarton | WV | 25670-9753 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Elmo Ellis Jr | PO Box 487 | | | Holden | WV | 25625 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Enviromine Inc | P O Box 25 | | | Boswell | PA | 15531 | | Trade Vendor; Various | | | | | $37,783.20 |
| ERIC R LIKENS | 4057 MISSOURI FORK ROAD | | | HEWETT | WV | 25108 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Eriez Manufacturing | C/O Morris Coker Inc | Po Box 1106 | | Beckley | WV | 25802 | | Trade Vendor; Various | | | | | $5,910.59 |
| Fairmont Supply Company | 1136 Coal Heritage Road | | | Bluefield | WV | 24701-9472 | | Trade Vendor; Various | | | | | $63,441.47 |
| Family Flowers & Gifts | Po Box 1247 | | | Mount Gay | WV | 25637 | | Trade Vendor; Various | | | | | $53.00 |
| Fenner Dunlop Americas | 4626 Lincoln Highway | Route 10 North | | Chapmanville | WV | 25505 | | Trade Vendor; Various | | | | | $3,012.00 |
| First Class Cleaning Inc | 661 Striker Fork Road | | | Chapmanville | WV | 25508 | | Trade Vendor; Various | | | | | $1,486.45 |
| Fluid Component Services Inc | 162 County Rd 120 | | | South Point | OH | 45680 | | Trade Vendor; Various | | | | | $1,500.00 |
| Foster Supply Co | 4847 Teays Valley Rd | Po Box 488 | | Scott Depot | WV | 25560 | | Trade Vendor; Various | | | | | $37,018.67 |
| FRED SLOAN JR. | 364 CONTRARY HOLLOW | | | JENKINS | KY | 41537 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Frontier | P O Box 20550 | | | Rochester | NY | 14602-0550 | | Trade Vendor; Various | | | | | $29.54 |
| Frontier West Virginia Inc | 3 High Ridge Park | | | Stamford | CT | 06905 | | Trade Vendor; Various | | | | | $419.65 |
| Frontier-Kemper Constructors Inc | 1695 Allen Road | Po Box 6690 | | Evansville | IN | 47719-0690 | | Trade Vendor; Various | | | | | $6,117.00 |
| Gabriel Roberts | HC 64 Box 103A | | | Welch | WV | 24801 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Gary Morgan | PO Box 1397 | | | Princeton | WV | 24740 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Gauley-Robertson | P.O.Box 960 | | | Logan | WV | 25601 | | Trade Vendor; Various | | | | | $2,046.15 |
| Ge Fairchild Llc | 200 Fairchild Lane | Po Box 300 | | Glen Lyn | VA | 24093 | | Trade Vendor; Various | | | | | $1,638.26 |
| Giovanni Pizza/Charlotte Jeffrey | Po Box 36 | | | Jeffrey | WV | 25114 | | Trade Vendor; Various | | | | | $1,194.88 |
| Granny Jacks Pizza | Rt 1  Box 128 | | | Delbarton | WV | 25670 | | Trade Vendor; Various | | | | | $128.50 |
| GREGORY L GRAY | 910 HOPE STREET | | | MADISON | WV | 25130 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Guyan Consulting Inc | Po Box 640 | | | Danville | WV | 25053 | | Trade Vendor; Various | | | | | $2,900.00 |
| Hauhinco Lp | 1325 Evans City Road | | | Evans City | PA | 16033 | | Trade Vendor; Various | | | | | $81,044.46 |
| Hawkeye Contracting, Llc | Box 1000 | | | Robinson Creek | KY | 41560 | | Trade Vendor; Various | | | | | $41,341.73 |
| Hd Supply Waterworks Ltd | Branch 517 | 98 Black Betsy Bottom Rd | | Poca | WV | 25159 | | Trade Vendor; Various | | | | | $1,659.45 |
| Henry Bishop | 25 Riffe Branch Rd | | | Delbarton | WV | 25670 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Henthorn Environmental Services | 517 Sixth Avenue | | | St. Albans | WV | 25177 | | Trade Vendor; Various | | | | | $0.00 |
| Holden Machine & Fabrication Inc | P O Box 678 | | | Holden | WV | 25625 | | Trade Vendor; Various | | | | | $1,200.00 |
| Innovative Wireless Technologies | 1100 Main Street | | | Lynchburg | VA | 24504 | | Trade Vendor; Various | | | | | $0.00 |
| Irwin Mine And Tunneling Supply | Po Box 936 | 401 Ragland Rd | | Beckley | WV | 25801 | | Trade Vendor; Various | | | | | $11,878.00 |
| J & R Repair Inc | Phipps Ave | Po Box 290 | | Danville | WV | 25053 | | Trade Vendor; Various | | | | | $523.50 |
| JABO SUPPLY CORPORATION | Attn  Jay Bazemore | Po Box 238 | | Huntington | WV | 25707 | | Trade Vendor; Various | | | | | $6,361.84 |
| JAMES DIAMOND | PO BOX 482 | | | PECKS MILL | WV | 25547 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Jennas Crane Service Corp | Po Box 399 | | | Gilbert | WV | 25621 | | Trade Vendor; Various | | | | | $4,500.00 |
| Jennmar Mcsweeny, Llc | 235 Commerce Drive | | | South Point | OH | 45680 | | Trade Vendor; Various | | | | | $7,371.00 |
| Jennmar Sanshell Llc | 230 Industrial Drive | | | Oak Hill | WV | 25901 | | Trade Vendor; Various | | | | | $36,892.80 |
| Jeremy and Melissa Vance | Berthold Law Firm, PLLC | 208 Capitol Street | PO Box 3508 | Charleston | WV | 25335 | | Civil Action No. 15-C-188; 10/09/2015 | X | X | X | | Unknown |
| JEREMY VANCE | 4116 VENABLE AVE | | | CHARLESTON | WV | 25304 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| JOHNNIE GOWER | LEE ADKINS ROAD BOX 552 | | | CHAUNCEY | WV | 25612 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| JOHNNIE P FAINE | P O BOX 402 | | | PEACH CREEK | WV | 25639 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| JOHNNY ELSWICK | 16341 ROCKFORD SCHOOL RD | | | HURT | VA | 24563 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Joseph Brown | PO Box 22 | c/o Ardyth E. Brown | | Rock View | WV | 24880 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Joy Global Conveyors, Inc | 438 Industrial Drive | Po Box 400 | | Winfield | AL | 35594-0400 | | Trade Vendor; Various | | | | | $10,307.48 |
| Joy Global Underground Mining | Rt 10 Box 280 | | | Pineville | WV | 24874 | | Trade Vendor; Various | | | | | $362,357.03 |
| JUSTIN D BOURNE | PO BOX 4028 | | | CHAPMANVILLE | WV | 25508 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Kanawha Scales & Systems Inc | Po Box 569 | | | Poca | WV | 25159 | | Trade Vendor; Various | | | | | $429.00 |
| Kelly Dingess | PO Box 42 | | | Wharncliffe | WV | 25651-0042 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| KENNETH COPLEY | BOX 521 | | | DELBARTON | WV | 25670 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Krist Door Service | P O Box 4405 | | | Chapmanville | WV | 25508-4405 | | Trade Vendor; Various | | | | | $5,235.50 |
| Larry Browning | HC 71 Box 96 | | | Wharncliffe | WV | 25651 | | Workers' compensation claim; Various | X | X | X | | Unknown |

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lee Supply Co Inc | Po Box 1250 | | | Beaver | WV | 25813 | | Trade Vendor; Various | | | | | $927.74 |
| Lewis-Goetz | 501 Ragland Rd | | | Beckley | WV | 25801 | | Trade Vendor; Various | | | | | $1,244.00 |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1001369; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005601; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005607; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005620; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005623; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005626; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005629; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005634; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005635; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005637; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005638; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005643; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005644; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005648; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005649; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1005652; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1007157; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1007158; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1015359; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1015759; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1019033; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1019126; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1019127; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1019128; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1021146; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1021482; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1023131; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1023132; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1024700; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1037702; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1114861; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1114862; Various | X | X | X | | Unknown |
| Lexon Surety | Attn: Brook Smith | 2307 River Road | Ste. 200 | Louisville | KY | 40206 | | Surety Bond Provider #1114863; Various | X | X | X | | Unknown |
| Limestone Dust Corporation | Po Box 152 | | | Bluefield | VA | 24605 | | Trade Vendor; Various | | | | | $7,691.41 |
| Logan Concrete | Po Box 1388 | | | Logan | WV | 25601 | | Trade Vendor; Various | | | | | $25,960.35 |
| M G C Inc | P O Box 115 | | | Bolt | WV | 25817 | | Trade Vendor; Various | | | | | $3,960.00 |
| Mancine Optical | 2910 Rt 130 N | | | Delran | NJ | 08075 | | Trade Vendor; Various | | | | | $405.35 |
| Marcum Byron | Dba Bears Septic Syst Serv Llc | Rt 2 Box 222 A | | Delbarton | WV | 25670 | | Trade Vendor; Various | | | | | $122.58 |
| MARK A LINVILLE | 15 HICKORY LANE | | | MADISON | WV | 25130 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Matheson Tri Gas Inc | Po Box 440 | | | Wilkinson | WV | 25653 | | Trade Vendor; Various | | | | | $8,845.60 |
| Mayo Mfg Co Inc | 110 Phico St | | | Chapmanville | WV | 25508 | | Trade Vendor; Various | | | | | $63,203.11 |
| Mcmaster-Carr Supply Co | Po Box 94930 | | | Cleveland | OH | 44101-4930 | | Trade Vendor; Various | | | | | $163.05 |
| Michael Grimmett | 1542 Horsepen Rd | | | Gilbert | WV | 25621 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| MICHAEL LUSK | PO BOX 96 | | | KISTLER | WV | 25628 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Mine Lifeline Llc | 1432  South Main Street | | | Chapmanville | WV | 25508 | | Trade Vendor; Various | | | | | $2,310.00 |
| Minova Usa Inc | 150 Carley Court | | | Georgetown | KY | 40324 | | Trade Vendor; Various | | | | | $43,943.20 |
| Modern Equipment Company | 416 Washington Street   W | Po Box 20474 | | Charleston | WV | 25362-1474 | | Trade Vendor; Various | | | | | $1,070.60 |
| Morgantown Machine & Hydraulics | Component Service Center | 437 Goshen Rd | | Morgantown | WV | 26508-2423 | | Trade Vendor; Various | | | | | $54,249.69 |
| Morris-Coker Inc | Po Box 1106 | | | Beckley | WV | 25802 | | Trade Vendor; Various | | | | | $385.00 |
| Motion Industries Inc | 4200 1St Avenue | Suite 200 | | Nitro | WV | 25143 | | Trade Vendor; Various | | | | | $18,361.11 |
| M-Tech | Michael Brand | 220 Armstrong Drive | | Washington | PA | 15301 | | Trade Vendor; Various | | | | | $5,000.00 |
| Mullins Machine Co | Po Box 6 Rt 17 | | | Madison | WV | 25130 | | Trade Vendor; Various | | | | | $1,134.30 |
| Nalco Chemical | 4510 Pennsylvania Ave Suite F | 3Rd Floor | | Charleston | WV | 25302 | | Trade Vendor; Various | | | | | $32,890.44 |
| National Armature Inc | 308 Whitman Creek Rd | | | Whitman | WV | 25652 | | Trade Vendor; Various | | | | | $23,727.00 |
| Nationwide Drug Testing | Po Box 760 | | | Skippack | PA | 19474 | | Trade Vendor; Various | | | | | $65.00 |
| NICHOLAS BALL | RR1 BOX 364 | | | BLAKE | WV | 25121 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Nondestructive Inspection Svs | 2825 Us Rt 60 E | Po Box 220 | | Hurricane | WV | 25526 | | Trade Vendor; Various | | | | | $815.00 |
| Norris Screen & Mfg Inc | 21405 Gov G C Peery Hwy | | | Tazelwell | VA | 24651 | | Trade Vendor; Various | | | | | $851.00 |
| Office Depot | Po Box 633211 | | | Cincinnati | OH | 45263-3211 | | Trade Vendor; Various | | | | | $920.94 |
| Ohio Valley Environmental Coalition, et al. | Appalachian Center for the Environment and the Economy | PO Box 507 | | Lewisburg | WV | 24901 | | USDC, SDWV; civil Action Nos. 3:05-cv-0784; 3:06-cv-0438; 09/15/2005 | X | X | X | | Unknown |

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ohio Valley Environmental Coalition, West Virginia Highlands Conservancy and The Sierra Club | Appalachian Mountain Advocates | PO Box 507 | | Lewisburg | WV | 24901 | | USDC for the Southern District of West Virginia; Case #2:15-CV-11150; 07/17/2015 | X | X | X | | Unknown |
| P & A Engineers & Consultant Inc | Po Box 470 | | | Alum Creek | WV | 25003 | | Trade Vendor; Various | | | | | $12,660.00 |
| Parker Hannifin Corporation | Veriflo Division | 250 Canal Blvd | | Richmond | CA | 94804 | | Trade Vendor; Various | | | | | $78.60 |
| PATTERSON CONTRACTING | PO BOX 376 | | | MT GAY | WV | 25637 | | Trade Vendor; Various | | | | | $3,978.05 |
| Peerless Block Inc. | 400 Oliver Street | | | St Albans | WV | 25177 | | Trade Vendor; Various | | | | | $7,751.80 |
| Petitto Mine Equipment Inc | Po Box 758 | | | Morgantown | WV | 26507 | | Trade Vendor; Various | | | | | $5,968.86 |
| Petroleum Products Inc | Box 1187 | | | MT GAY | WV | 25637 | | Trade Vendor; Various | | | | | $30,880.63 |
| Phillips 66 | 600 N Dairy Ashford | Briar Lake Office | | HOUSTON | TX | 77079 | | Trade Vendor; Various | | | | | $15,739.90 |
| Pillar Innovations Llc | 12074 Bittinger Rd | | | Grantsville | MD | 21536 | | Trade Vendor; Various | | | | | $2,496.38 |
| Polaris Laboratories Llc | 7451 Winton Dr | | | Indianapolis | IN | 46268-5103 | | Trade Vendor; Various | | | | | $931.31 |
| Polydeck Screen Corporation | 1790 Dewberry Road | | | Spartanburg | SC | 29307 | | Trade Vendor; Various | | | | | $5,380.68 |
| Production Efficiency Corp | Po Box 250 | | | Ragland | WV | 25690 | | Trade Vendor; Various | | | | | $2,129.00 |
| Quality Forms Printing Inc | Po Box 861 | | | Sophia | WV | 25921 | | Trade Vendor; Various | | | | | $215.00 |
| Quality Magnetite Llc | 2620 Us Route 52 South | Po Box 437 | | Kenova | WV | 25530 | | Trade Vendor; Various | | | | | $13,314.84 |
| R M Wilson Co Inc | Airport Ind Park | P O Box 1046 | | Beckley | WV | 25802 | | Trade Vendor; Various | | | | | $113,105.84 |
| Rachel Caudill and Frankie Caudill | Hatfield & Hatfield | 221 State Street | Suite 101 PO Box 598 | Madison | WV | 25130 | | Circuit Court of Boone County, West Virginia; Civil Action No. 12-C-226; 10/29/2012 | X | X | X | | Unknown |
| RANDALL C MORRISON | 3886 MINGO HIGHWAY | | | MAN | WV | 25635 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Repair King Inc | One Lincoln Center | | | Shinnston | WV | 26431 | | Trade Vendor; Various | | | | | $2,142.80 |
| Richwood Industries Inc | Po Box 1298 | | | Huntington | WV | 25714 | | Trade Vendor; Various | | | | | $2,219.00 |
| Ricky Walls | PO Box 5 | | | Gilbert | WV | 25621 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Rish Equipment Co Inc | Yuma Camp On Route 44 | | | Logan | WV | 25601-0118 | | Trade Vendor; Various | | | | | $8,402.60 |
| Robert Aliff | RR 2 Box 181 | | | Delbarton | WV | 25670 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Robert Terry | 4234 Grandview Rd | | | Beaver | WV | 25813 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Robert Weaver | 479 Lakeside Dr | | | Homer | WV | 26372 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Roby Lyons | 21 Burgett Branch | | | Hatfield | KY | 41514 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Rock Drillers North | Po Box 86 | | | White Sulphur Springs | WV | 24986 | | Trade Vendor; Various | | | | | $357.00 |
| ROCKEY L POPE | RT 2 BOX 465 | | | DELBARTON | WV | 25670 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Roy Meadows | 105 Cavan Ct | | | Shady Spring | WV | 25918 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Scott G. Mandirola, Director, Division of Water and Waste Management, and Thomas L. clarke, Director, Division of Mining and Reclamation, West Virginia Department of Environmental Protection | West Virginia Department of Environmental Protection | Office of Legal Services | 601 57th Street SE | Charleston | WV | 25304 | | Circuit Court of Logan County, Civil Action No. 11-C-84; 01/04/2016 | X | X | X | | Unknown |
| Service Pump & Supply Co Inc | Po Box 707 | | | Danville | WV | 25053 | | Trade Vendor; Various | | | | | $32,939.33 |
| Sgs | Commercial Test & Engineering Co | 1815 Island Creek Road | | Pikeville | KY | 41501 | | Trade Vendor; Various | | | | | $3,255.66 |
| Smith Fastener Co | 30 Industrial Way | | | So. Charleston | WV | 25303 | | Trade Vendor; Various | | | | | $5,223.51 |
| Southern Mine Service Llc | 816 Ragland Road | | | Beckley | WV | 25801 | | Trade Vendor; Various | | | | | $99.20 |
| Southern West Virginia | Community & Technical College | Po Box 2900 | | Mount Gay | WV | 25637 | | Trade Vendor; Various | | | | | $3,200.00 |
| Spirit Services Inc | 5220 Silabert Ave | | | Charlotte | NC | 28205 | | Trade Vendor; Various | | | | | $1,250.00 |
| Stahura Conveyor Products Inc | Po Box 250 | | | Lewisville | NC | 27023 | | Trade Vendor; Various | | | | | $325.00 |
| Standard Laboratories Inc | 147 11Th Avenue South | | | Charleston | WV | 25303 | | Trade Vendor; Various | | | | | $21,290.41 |
| STATE ELECTRIC SUPPLY CO INC | Po Box 1286 | | | Logan | WV | 25601 | | Trade Vendor; Various | | | | | $32,613.70 |
| State of West Virginia Department of Environmental Protection | Division of Mining and Reclamation | 601 57th Street SE | | Charleston | WV | 25304 | | Surety Bond Obligee; Various | X | X | X | | Unknown |
| State of West Virginia Department of Transportation | Division of Mining and Reclamation | 601 57th Street SE | | Charleston | WV | 25304 | | Surety Bond Obligee; Various | X | X | X | | Unknown |
| STOWERS FIRE & SAFETY EQUIPMENT | 500 Victory Lane | | | Williamson | WV | 25661 | | Trade Vendor; Various | | | | | $3,761.54 |
| Strata Products Usa Inc | 8939 Roswell Rd Ne   Suite 100 | | | Marietta | GA | 30062 | | Trade Vendor; Various | | | | | $24,360.00 |
| Sturm Environmental Services Inc | Po Box 650 | | | BRIDGEPORT | WV | 26330 | | Trade Vendor; Various | | | | | $15,857.80 |
| Sturm Environmental Services Inc | Po Box 8337 | | | South Charleston | WV | 25303-0317 | | Trade Vendor; Various | | | | | $26,651.20 |
| Summit Engineering Inc | 131 Summit Drive | | | Pikeville | KY | 41501 | | Trade Vendor; Various | | | | | $2,708.64 |
| Supplyworks | Po Box 49 | | | Bluefield | WV | 24701 | | Trade Vendor; Various | | | | | $544.40 |
| Teddy Woody | 705 Lincoln Ave | | | Madison | WV | 25130 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Terminix | 1330 Commerce Ave | | | Huntington | WV | 25701 | | Trade Vendor; Various | | | | | $205.64 |
| The Chapman Printing Co Inc | 1565 Hansford St | Po Box 2029 | | Charleston | WV | 25327 | | Trade Vendor; Various | | | | | $551.20 |
| THOMPSON ELECTRIC SERVICE INC | Dba Electric Motor Service | 70 River Road | | Logan | WV | 25601 | | Trade Vendor; Various | | | | | $3,124.85 |
| TIMOTHY CASTO | PO BOX 4828 | | | CHAPMANVILLE | WV | 25508 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| TITUS D RICE | P.O. BOX 183 | | | PECKS MILL | WV | 25547 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Tpr Steam Cleaning Inc | Po Box 242 | | | Accoville | WV | 25606 | | Trade Vendor; Various | | | | | $5,440.00 |

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRACY PAULEY | 539 MIDWAY RD | | | ALUM CREEK | WV | 25003 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Tren Services Inc | Po Box 117 | | | Harts | WV | 25524 | | Trade Vendor; Various | | | | | $10,309.96 |
| Tri-State Transfer & Salvage | Po Box 363 | | | Worthington | KY | 41183 | | Trade Vendor; Various | | | | | $1,500.00 |
| Troy Hinkle Jr | HC 71 Box 79 | | | Wharncliffe | WV | 25651 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| UMB Bank | 2 South Broadway | Suite 600 | | St. Louis | MO | 63102 | | Sr. Secured 2nd Lien Notes Due 2019 @ 8%; 12/17/2013 | | | | | $363,611,111.11 |
| UMB Bank | 2 South Broadway | Suite 600 | | St. Louis | MO | 63102 | | Unsecured Notes Due 2019 @ 9.875%; 11/21/2012 | | | | | $396,087,239.58 |
| UMB Bank | 2 South Broadway | Suite 600 | | St. Louis | MO | 63102 | | Unsecured Notes Due 2019 @ 7%; 06/14/2011 | | | | | $1,039,861,111.11 |
| UMB Bank | 2 South Broadway | Suite 600 | | St. Louis | MO | 63102 | | Unsecured Notes Due 2021 @ 7.25%; 06/14/2011 | | | | | $1,041,234,722.22 |
| United Central Industrial Supply | Po Box 4564 | | | Chapmanville | WV | 25508 | | Trade Vendor; Various | | | | | $9,931.87 |
| United Parcel Service Inc | Po Box 7247-0244 | | | Philadelphia | PA | 19170-0001 | | Trade Vendor; Various | | | | | $28.82 |
| Universal Total Lubricants, Inc. | 156 Ky Oil Village | | | Betsy Layne | KY | 41605 | | Trade Vendor; Various | | | | | $2,551.63 |
| US Bank NA | One U.S. Bank Plaza | SI-Mo-T3Ct | | St. Louis | MO | 63101 | | Unsecured Notes Due 2020 @ 7.25%; 08/09/2010 | | | | | $510,069,444.44 |
| Veres Quality Water Inc | Rt 2 Box 64H | | | Chapmanville | WV | 25508 | | Trade Vendor; Various | | | | | $999.66 |
| Verizon Wireless | Po Box 25505 | | | Lehigh Valley | PA | 18002-5505 | | Trade Vendor; Various | | | | | $620.15 |
| Veyance Industrial Services Inc | Dba National Belt Service | 1458 Reunion Rd | | Elkview | WV | 25071 | | Trade Vendor; Various | | | | | $2,272.02 |
| Victor Products | Po Box 1980 | Attn Sally | | Cranberry Twp | PA | 16066-0980 | | Trade Vendor; Various | | | | | $12,929.56 |
| Viking Machinery Co Inc | 218 Scott Street | | | Kingsport | TN | 37664 | | Trade Vendor; Various | | | | | $1,833.07 |
| Vincent Damrongkietiman | Dba Vintec Manufacturing Llc | Po Box 228 | | Keslers Cross Lanes | WV | 25059 | | Trade Vendor; Various | | | | | $990.00 |
| Vossloh Track Material Inc | 2333 Maccorkle Ave Sw Suite 103 | | | St Albans | WV | 25177 | | Trade Vendor; Various | | | | | $34,334.50 |
| W C Hydraulics Llc | 172 Philpot Lane | | | Beaver | WV | 25813 | | Trade Vendor; Various | | | | | $5,196.23 |
| W W Grainger Inc | 3000 7Th Ave | | | Charleston | WV | 25312 | | Trade Vendor; Various | | | | | $1,738.19 |
| Wackenhut Corporation | P O Box 651179 | | | Charlotte | NC | 28265-1179 | | Trade Vendor; Various | | | | | $27,155.95 |
| Wal-Mart | Po Box 530932 | | | Atlanta | GA | 30353-0932 | | Trade Vendor; Various | | | | | $495.66 |
| Walter Grimmett | PO Box 171 | | | Verner | WV | 25650-0171 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Waste Management | Po Box 9001054 | | | Louisville | KY | 40290-1054 | | Trade Vendor; Various | | | | | $16,290.76 |
| Weir Minerals | C/O Morris Coker | | | Beckley | WV | 25802-1106 | | Trade Vendor; Various | | | | | $315.90 |
| Wesco Distribution, Inc. | 256 Ragland Road | | | Beckley | WV | 25801 | | Trade Vendor; Various | | | | | $2,527.00 |
| West River Conveyors & Machinery | 8936 Dismal River Road | | | Oakwood | VA | 24631-9631 | | Trade Vendor; Various | | | | | $43,869.00 |
| West View Cunningham Co Inc | 3 Industrial Park Drive | | | Oakdale | PA | 15071 | | Trade Vendor; Various | | | | | $50,350.88 |
| West Virginia American Water | Po Box 580488 | | | Charlotte | NC | 28258-0488 | | Trade Vendor; Various | | | | | $10,362.40 |
| William Jackson Jr | 1847 Windom Rd | | | Brenton | WV | 24818 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| William Shrewsbury | 1001 Blue Jay 6 Rd | | | Cool Ridge | WV | 25825 | | Workers' compensation claim; Various | X | X | X | | Unknown |
| Williams Forestry & Assoc Llc | Po Box 1543 | | | Calhoun | GA | 30703 | | Trade Vendor; Various | | | | | $4,800.00 |
| Workman Eddie | Dba  Diesel Electric Co | 155 Park Avenue, Po Box 663 | | Danville | WV | 25053 | | Trade Vendor; Various | | | | | $761.00 |
| Wv Electric Corp | 2011 Pleasant Valley Rd | | | FAIRMONT | WV | 26554 | | Trade Vendor; Various | | | | | $1,480.00 |
| Xerox Capital Services | 520 Maryville Centre | Suite 410 | | St Louis | MO | 63141 | | Trade Vendor; Various | | | | | $2,111.71 |
| Xpress Service & Sales, Inc. | 163 Mountaineer Drive | | | Danville | WV | 25053 | | Trade Vendor; Various | | | | | $978.00 |
| Zinkan Enterprises Inc | 1919 Case Parkway North | | | Twinsburg | OH | 44087 | | Trade Vendor; Various | | | | | $3,193.84 |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154737; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154738; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154739; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154740; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154741; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154742; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154744; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154745; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154748; Various | X | X | X | | Unknown |
| Zurich North America | Attn: Aaron Ort | 500 Enterprise Drive | | Rocky Hill | CT | 06067 | | Surety Bond Provider #09154749; Various | X | X | X | | Unknown |
| | | | | | | | | | | | | Total: | $3,353,809,163.98 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mingo Logan Coal Company** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | **16-40134** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest; State the Remaining Term.  List Contract Number of Any Government Contract. | Unique ID |
|---|---|---|---|---|---|---|---|---|---|
| American Electric Power | P.O. Box 2021 | | | Roanoke | VA | 24022-2121 | | Easement dated 01/01/1979 | DT-003933-4 |
| Apogee Coal Company, Llc | Hc 61 Box 156 | | | Yolyn | WV | 25654 | | Permit Assignment & Assumption Agreement dated 12/31/2005 | DT-004340 |
| Appalachian Power Company | P.O. Box 24413 | | | Canton | OH | 44701-4413 | | Electric Energy Contract dated 12/19/2007 | |
| Brake Supply Company, Inc. | 483 Turnpike Industrial Park | | | Princeton | WV | 24739 | | Consigned Stock Agreement dated 03/01/2015 | |
| Cintas | 4125 Winchester Avenue | | | Ashland | KY | 41101 | | Rental Agreement, as amended 4/2/2010, 9/27/2010, and 4/8/2013 dated 10/20/2005 | |
| Cobra Natural Resources, LLC | One Alpha Place | P.O. Box 2345 | | Abingdon | VA | 24212 | | Asset Purchase Agreement dated 06/15/2007 | ML-004340 |
| Cobra Natural Resources, Llc (Alpha Natural Resources) | One Alpha Place | P.O. Box 16429 | | Bristol | VA | 24209 | | Asset Purchase Agreement dated 06/15/2007 | ML-004340 |
| Cogar Manufacturing, Inc. | Post Office Box 532 | | | Beckley | WV | 25802 | | Consigned Stock Agreement dated 08/10/2014 | |
| Conn-Weld Industries, Inc. | P.O. Box 5329 | | | Princeton | WV | 24740 | | Consigned Stock Agreement dated 02/19/2014 | |
| Csx Transportation, Inc. | P.O. Box 116628 | | | Atlanta | GA | 30368-6628 | | Rail Sidetrack Agreement dated 04/01/1997 | DT-004225 |
| Csx Transportation, Inc. | P.O. Box 116628 | | | Atlanta | GA | 30368-6628 | | Road Relocation Work Agreement dated 04/03/1989 | DT-800181 |
| Csx Transportation, Inc. | P.O. Box 116628 | | | Atlanta | GA | 30368-6628 | | Railroad Transportation Contract dated 09/19/1986 | DT-800183 |
| Eagle Creek Mining, LLC | P.O. Box 1200 | | | Robinson Creek | KY | 41560 | | Contract Mining Agreement (Daniel Hollow) dated 04/01/2015 | |
| Eagle Creek Mining, LLC | P.O. Box 1200 | | | Robinson Creek | KY | 41560 | | Contract Mining Agreement [Briar Branch Mine], as amended 4/1/2011, 1/2/2012, 1/12/2012, 12/10/2012, 1/23/2014, and 2/15/2015 dated 01/01/2011 | |
| Eagle Creek Mining, LLC | P.O. Box 1200 | | | Robinson Creek | KY | 41560 | | Contract Mining Agreement [Spruce No. 1 Mine], as amended 4/1/2011, 8/4/2011, 8/30/2011, 1/2/2012, 7/1/2012, 12/10/2012, 1/23/2014, 3/15/2015, and 5/27/2015 dated 01/01/2011 | |
| Eastern Screens & Drives, Inc. | 101 Big Creek Road | | | Big Creek | WV | 25505 | | Consigned Stock Agreement dated 11/02/2015 | |
| Fuchs Lubricants Co. | 17050 Lathrop Avenue | | | Harvey | IL | 60426 | | Emulsion Tank Loan Agreement dated 11/08/2007 | |
| Hope Gas, Inc Dba Dominion Hope (Grantee) | 55 Ashby Ridge Road | | | Parkersburg | WV | 26104 | | Reimbursement Agreement dated 11/07/2011 | DT-010268 |
| Jabo Supply Corporation | P.O. Box 238 | | | Huntington | WV | 25707 | | Consigned Stock Agreement dated 04/30/2014 | |
| James A. Green | Post Office Box 1070 | | | Mount Gay | WV | 25637 | | General Service/Supply Agreement dated 04/27/2015 | |
| Joy Global Underground Mining LLC | Michael Franklin | P.O. Box 256 | | Duffield | VA | 24244 | | Consignment Agreement dated 01/21/2016 | |
| Kanawha Stone Company, Inc. | 409 Jacobson Drive | | | Poca | WV | 25159 | | Construction Agreement dated 04/27/2015 | |
| Mayo Manufacturing Company Inc. | 54 Owens Road | Suite B | | Chapmanville | WV | 25508 | | Consigned Stock Agreement dated 07/31/2014 | |
| Morgantown Machine & Hydraulics of West Virginia, Inc. | 2608 Smithton Road | | | Morgantown | WV | 26508 | | Consigned Stock Agreement dated 02/12/2015 | |
| Penn Virginia Operating Co., Llc | Seven Sheridan Square | Suite 400 | | Kingsport | TN | 37660 | | Easement dated 01/04/2007 | DT-004339 |
| Polydeck Screen Corporation | 1790 Dewberry Road | | | Spartanburg | SC | 29307 | | Consigned Stock Agreement dated 11/02/2015 | |
| Premium Energy, Inc. (Alpha Natural Resources); Pocahontas Land Corporation | P.O. Box 1517 | | | Bluefield | WV | 24701 | | Escrow Agreement dated 06/28/1995 | TG-001 |
| RM Wilson Company, Inc. | Post Office Box 6274 | | | Wheeling | WV | 26003 | | Consigned Stock Agreement dated 04/03/2015 | |
| Service Pump and Supply | 4446 Waverly Road | | | Huntington | WV | 25721 | | Consigned Stock Agreement dated 09/16/2014 | |
| The County Commission Of Logan County, West Virginia | 300 Stratton Street | | | Logan | WV | 25601 | | Rockhouse Lake Agreement for Maintenance and Upkeep for Recreational Area dated 09/17/2012 | DT-003934 |
| Tren Services, Inc. | P.O. Box 114 | | | Harts | WV | 25524 | | General Service/Supply Agreement, as amended 12/28/2006 and 5/9/2011 dated 09/09/2003 | |
| Vossloh Track Materials, Inc. | 233 MacCorkle Avenue, South West | Suite 103 | | St. Albans | WV | 25177 | | Consigned Stock Agreement, as amended 8/5/2015 dated 06/16/2015 | |
| Waste Management, Inc. | Mill Creek Road | | | Pecks Mill | WV | 25547 | | Service Agreement - Non-Hazardous Waste Service Summary (30 Yard Open Top x 1) dated 08/26/2015 | |
| Waste Management, Inc. | Mill Creek Road | | | Pecks Mill | WV | 25547 | | Service Agreement - Non-Hazardous Waste Service Summary (30 Yard Open Top x 3) dated 08/26/2015 | |
| Waste Management, Inc. | Mill Creek Road | | | Pecks Mill | WV | 25547 | | Service Agreement - Non-Hazardous Waste Service Summary (6 Yard REL x 4) dated 08/26/2015 | |
| WC Hydraulics, LLC | 172 Philpot Lane | | | Beaver | WV | 25813 | | Consigned Stock Agreement dated 11/02/2015 | |
| West Virginia Cashin Recyclables, Inc. | P.O. Box 336 | | | Nitro | WV | 25143 | | General Service/Supply Agreement dated 10/27/2014 | |
| West Virginia Department Of Highways | P.O. Box 4220 | | | Clarksburg | WV | 26302 | | Road Relocation Work Agreement dated 04/03/1989 | DT-800181 |
| West Virginia Department Of Transportation, Division Of Highways | P.O. Box 4220 | | | Clarksburg | WV | 26302 | | Subsidence Agreement dated 10/25/2012 | DT-003933-6 |
| Xerox Corporation | 520 Maryville Centre Drive | Suite 410 | | St. Louis | MO | 63141 | | Services & Solutions Order dated 05/01/2013 | |
| Xerox Corporation | 520 Maryville Centre Drive | Suite 410 | | St. Louis | MO | 63141 | | Services & Solutions Order dated 03/01/2014 | |

**Fill in this information to identify the case:**

Debtor name __**Mingo Logan Coal Company**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) __**16-40134**__

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **See Attached Schedule H** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

In re Mingo Logan Coal Company
Case No. 16-40134
Schedule H - Co-debtors

| Secured Debt | | | Unsecured Notes | | | Capital Leases | |
|---|---|---|---|---|---|---|---|
| Sr. Secured 1st Lien Term Loan | Sr. Secured 2nd Lien Term Loan | $375M 9.875% Sr. Notes Due 2019 | $1,000M 7% Sr. Notes Due 2019 | $1,000M 7.25% Sr. Notes Due 2021 | $500M 7.25% Sr. Notes Due 2020 | 9 - 795 F Caterpillar Off Highway Truck | 2 - D11T Dozers |
| **Creditor:** | **Creditor:** | **Creditor:** | **Creditor:** | **Creditor:** | **Creditor:** | **Creditor:** | **Creditor:** |
| Wilmington Trust, N.A. | UMB Bank | UMB Bank | UMB Bank | UMB Bank | US Bank NA | CAT Financial Services | CAT Financial Services |
| **Debtor / Borrower:** | **Debtor / Borrower:** | **Debtor / Borrower:** | **Debtor / Borrower:** | **Debtor / Borrower:** | **Debtor / Borrower:** | **Debtor / Borrower:** | **Debtor / Borrower:** |
| Arch Coal, Inc. | Arch Coal, Inc. | Arch Coal, Inc. | Arch Coal, Inc. | Arch Coal, Inc. | Arch Coal, Inc. | Thunder Basin Coal Co., LLC | Thunder Basin Coal Co., LLC |
| **Guarantors:** | **Guarantors:** | **Guarantors:** | **Guarantors:** | **Guarantors:** | **Guarantors:** | **Guarantors:** | **Guarantors:** |
| ACI Terminal, LLC | ACI Terminal, LLC | ACI Terminal, LLC | | | | Arch Coal, Inc. | Arch Coal, Inc. |
| Allegheny Land Company | Allegheny Land Company | Allegheny Land Company | Allegheny Land Company | Allegheny Land Company | Allegheny Land Company | | |
| Arch Coal Sales Company, Inc. | Arch Coal Sales Company, Inc. | Arch Coal Sales Company, Inc. | Arch Coal Sales Company, Inc. | Arch Coal Sales Company, Inc. | Arch Coal Sales Company, Inc. | | |
| Arch Coal Terminal, Inc. | Arch Coal Terminal, Inc. | Arch Coal Terminal, Inc. | Arch Coal Terminal, Inc. | Arch Coal Terminal, Inc. | Arch Coal Terminal, Inc. | | |
| Arch Coal West, LLC | Arch Coal West, LLC | Arch Coal West, LLC | | | | | |
| Arch Development, LLC | Arch Development, LLC | Arch Development, LLC | Arch Development, LLC | Arch Development, LLC | Arch Development, LLC | | |
| Arch Energy Resources, LLC | Arch Energy Resources, LLC | Arch Energy Resources, LLC | Arch Energy Resources, LLC | Arch Energy Resources, LLC | Arch Energy Resources, LLC | | |
| Arch Flint Ridge, LLC | Arch Flint Ridge, LLC | | | | | | |
| Arch Reclamation Services, Inc. | Arch Reclamation Services, Inc. | Arch Reclamation Services, Inc. | Arch Reclamation Services, Inc. | Arch Reclamation Services, Inc. | Arch Reclamation Services, Inc. | | |
| Arch Western Acquisition Corporation | Arch Western Acquisition Corporation | Arch Western Acquisition Corporation | | | | | |
| Arch Western Acquisition, LLC | Arch Western Acquisition, LLC | Arch Western Acquisition, LLC | | | | | |
| Arch Western Bituminous Group, LLC | Arch Western Bituminous Group, LLC | Arch Western Bituminous Group, LLC | | | | | |
| Arch Western Finance LLC | Arch Western Finance, LLC | Arch Western Finance, LLC | | | | | |
| Arch Western Resources, LLC | Arch Western Resources, LLC | Arch Western Resources, LLC | | | | | |
| Arch Of Wyoming, LLC | Arch Of Wyoming, LLC | Arch Of Wyoming, LLC | | | | | |
| Ark Land Company | Ark Land Company | Ark Land Company | Ark Land Company | Ark Land Company | Ark Land Company | | |
| Ark Land KH, Inc. | Ark Land KH, Inc. | Ark Land KH, Inc. | Ark Land KH, Inc. | Ark Land KH, Inc. | Ark Land KH, Inc. | | |
| Ark Land LT, Inc. | Ark Land LT, Inc. | Ark Land LT, Inc. | Ark Land LT, Inc. | Ark Land LT, Inc. | Ark Land LT, Inc. | | |
| Ark Land WR, Inc. | Ark Land WR, Inc. | Ark Land WR, Inc. | Ark Land WR, Inc. | Ark Land WR, Inc. | Ark Land WR, Inc. | | |
| Ashland Terminal, Inc. | Ashland Terminal, Inc. | Ashland Terminal, Inc. | Ashland Terminal, Inc. | Ashland Terminal, Inc. | Ashland Terminal, Inc. | | |
| Bronco Mining Company, Inc. | Bronco Mining Company, Inc. | Bronco Mining Company, Inc. | | | | | |
| | | Canyon Fuel Company, LLC | | | | | |
| Catenary Coal Holdings, Inc. | Catenary Coal Holdings, Inc. | Catenary Coal Holdings, Inc. | Catenary Coal Holdings, Inc. | Catenary Coal Holdings, Inc. | Catenary Coal Holdings, Inc. | | |
| Coal-Mac, Inc. | Coal-Mac, Inc. | Coal-Mac, Inc. | Coal-Mac, Inc. | Coal-Mac, Inc. | Coal-Mac, Inc. | | |
| CoalQuest Development LLC | CoalQuest Development LLC | CoalQuest Development LLC | | | | | |
| Cumberland River Coal Company | Cumberland River Coal Company | Cumberland River Coal Company | Cumberland River Coal Company | Cumberland River Coal Company | Cumberland River Coal Company | | |
| Hawthorne Coal Company, Inc. | Hawthorne Coal Company, Inc. | Hawthorne Coal Company, Inc. | | | | | |
| Hunter Ridge Coal Company | Hunter Ridge Coal Company | Hunter Ridge Coal Company | | | | | |
| Hunter Ridge Holdings, Inc. | Hunter Ridge Holdings, Inc. | Hunter Ridge Holdings, Inc. | | | | | |
| Hunter Ridge, Inc. | Hunter Ridge, Inc. | Hunter Ridge, Inc. | | | | | |
| ICG Addcar Systems, LLC | ICG ADDCAR Systems, LLC | ICG ADDCAR Systems, LLC | | | | | |
| ICG Beckley, LLC | ICG Beckley, LLC | ICG Beckley, LLC | | | | | |
| ICG East Kentucky, LLC | ICG East Kentucky, LLC | ICG East Kentucky, LLC | | | | | |
| ICG Eastern Land, LLC | ICG Eastern Land, LLC | ICG Eastern Land, LLC | | | | | |
| ICG Eastern, LLC | ICG Eastern, LLC | ICG Eastern, LLC | | | | | |
| ICG Illinois, LLC | ICG Illinois, LLC | ICG Illinois, LLC | | | | | |
| ICG Knott County, LLC | ICG Knott County, LLC | ICG Knott County, LLC | | | | | |
| ICG Natural Resources, LLC | ICG Natural Resources, LLC | ICG Natural Resources, LLC | | | | | |
| ICG Tygart Valley, LLC | ICG Tygart Valley, LLC | ICG Tygart Valley, LLC | | | | | |
| ICG, Inc. | ICG, Inc. | ICG, Inc. | | | | | |
| ICG, LLC | ICG, LLC | ICG, LLC | | | | | |
| ICG Hazard Land, LLC | ICG Hazard Land, LLC | ICG Hazard Land, LLC | | | | | |
| ICG Hazard, LLC | ICG Hazard, LLC | ICG Hazard, LLC | | | | | |
| International Coal Group, Inc. | International Coal Group, Inc. | | | | | | |
| Jacobs Ranch Coal LLC | | | | | | | |
| Jacobs Ranch Holdings I LLC | | | | | | | |
| Jacobs Ranch Holdings II LLC | | | | | | | |
| Juliana Mining Company, Inc. | Juliana Mining Company, Inc. | Juliana Mining Company, Inc. | | | | | |
| King Knob Coal Co., Inc. | King Knob Coal Co., Inc. | King Knob Coal Co., Inc. | | | | | |
| Lone Mountain Processing, Inc. | Lone Mountain Processing, Inc. | Lone Mountain Processing, Inc. | Lone Mountain Processing, Inc. | Lone Mountain Processing, Inc. | Lone Mountain Processing, Inc. | | |
| Marine Coal Sales Company | Marine Coal Sales Company | Marine Coal Sales Company | | | | | |
| Melrose Coal Company, Inc. | Melrose Coal Company, Inc. | Melrose Coal Company, Inc. | | | | | |
| Mingo Logan Coal Company | Mingo Logan Coal Company | Mingo Logan Coal Company | Mingo Logan Coal Company | Mingo Logan Coal Company | Mingo Logan Coal Company | | |
| Mountain Coal Company, L.L.C. | Mountain Coal Company, L.L.C. | Mountain Coal Company, L.L.C. | | | | | |
| Mountain Gem Land, Inc. | Mountain Gem Land, Inc. | Mountain Gem Land, Inc. | Mountain Gem Land, Inc. | Mountain Gem Land, Inc. | Mountain Gem Land, Inc. | | |
| Mountain Mining, Inc. | Mountain Mining, Inc. | Mountain Mining, Inc. | Mountain Mining, Inc. | Mountain Mining, Inc. | Mountain Mining, Inc. | | |
| Mountaineer Land Company | Mountaineer Land Company | Mountaineer Land Company | Mountaineer Land Company | Mountaineer Land Company | Mountaineer Land Company | | |
| Otter Creek Coal, LLC | Otter Creek Coal, LLC | Otter Creek Coal, LLC | Otter Creek Coal, LLC | Otter Creek Coal, LLC | Otter Creek Coal, LLC | | |
| Patriot Mining Company, Inc. | Patriot Mining Company, Inc. | Patriot Mining Company, Inc. | | | | | |
| Powell Mountain Energy, LLC | Powell Mountain Energy, LLC | Powell Mountain Energy, LLC | | | | | |
| Prairie Holdings, Inc. | Prairie Holdings, Inc. | Prairie Holdings, Inc. | Prairie Holdings, Inc. | Prairie Holdings, Inc. | Prairie Holdings, Inc. | | |
| Shelby Run Mining Company, LLC | Shelby Run Mining Company, LLC | Shelby Run Mining Company, LLC | | | | | |
| Simba Group, Inc. | Simba Group, Inc. | Simba Group, Inc. | | | | | |
| Thunder Basin Coal Company, L.L.C. | Thunder Basin Coal Company, L.L.C. | Thunder Basin Coal Company, L.L.C. | | | | | |
| Triton Coal Company, L.L.C. | Triton Coal Company, LLC | Triton Coal Company, LLC | | | | | |
| Upshur Property, Inc. | Upshur Property, Inc. | Upshur Property, Inc. | | | | | |
| Vindex Energy Corporation | Vindex Energy Corporation | Vindex Energy Corporation | | | | | |
| Western Energy Resources, Inc. | Western Energy Resources, Inc. | Western Energy Resources, Inc. | Western Energy Resources, Inc. | Western Energy Resources, Inc. | Western Energy Resources, Inc. | | |
| White Wolf Energy, Inc. | White Wolf Energy, Inc. | White Wolf Energy, Inc. | | | | | |
| Wolf Run Mining Company | Wolf Run Mining Company | Wolf Run Mining Company | | | | | |

**Fill in this information to identify the case:**

Debtor name    **Mingo Logan Coal Company**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   **16-40134**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 9, 2016**    X **/s/ Robert G. Jones**
   Signature of individual signing on behalf of debtor

   **Robert G. Jones**
   Printed name

   **Secretary**
   Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**