**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ARCH COAL, INC., *et al.,*<br><br>Debtors. [1] | Chapter 11<br>Case No. 16-40120-705<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ian Stern, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned Chapter 11 cases.

On March 9, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Declaration and Disclosure Statement of Baker & McKenzie in Support of Ordinary Course Retention [Docket No. 461]

- Declaration and Disclosure Statement of Paul D. Clement on Behalf of Bancroft PLLC [Docket No. 462]

- Declaration and Disclosure Statement of Bruce E. Cryder on Behalf of Bingham Greenbaum Doll LLP [Docket No. 463]

- Declaration and Disclosure Statement of Linc Rogers on Behalf of Blake, Cassels & Graydon LLP [Docket No. 464]

- Declaration and Disclosure Statement of Alan C. Bryan on Behalf of Crowley Fleck PLLP [Docket No. 465]

- Declaration and Disclosure Statement of Christine M. McGrath on Behalf of Hall & Evans, LLC [Docket No. 466]

---

[1] The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

- Declaration and Disclosure Statement of Christopher D. Pence on Behalf of Hardy Pence PLLC [Docket No. 467]

- Declaration and Disclosure Statement of Billy R. Shelton, Esq. on Behalf of Jones, Walters, Turner & Shelton PLLC [Docket No. 468]

- Declaration and Disclosure Statement of Matthew J. Perry on Behalf of Lamp Bartram Levy Trautwein & Perry, PLLC [Docket No. 469]

- Declaration and Disclosure Statement of John R. Woodrum on Behalf of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. [Docket No. 470]

- Declaration and Disclosure Statement of Melanie J. Kilpatrick on Behalf of Rajkovich, Williams, Kilpatrick & True, PLLC [Docket No. 471]

- Declaration and Disclosure Statement of Edward Mackiewicz on Behalf of Steptoe & Johnson LLP [Docket No. 472]

- Declaration and Disclosure Statement of Robert D. Fluharty on Behalf of Steptoe & Johnson PLLC [Docket No. 473]

- Declaration and Disclosure Statement of Elliott P. Laws on Behalf of Crowell & Moring LLP [Docket No. 475]

- Declaration and Disclosure Statement of William F. Dobbs, Jr. on Behalf of Jackson Kelly PLLC [Docket No. 476]

Dated: March 10, 2016

                                                Ian Stern

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 10, 2016, by Ian Stern, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified In New York County
My Commission Expires October 07, 2017

**Exhibit A**

**Exhibit A**
**Core/2002 Service List**
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Local Counsel to Kinder Morgan, Inc. | Affinity Law Group, LLC | Attn: J. Talbot Sant, Jr., Ira M. Potter, Mark R. Sanders<br>1610 Des Peres Road<br>Suite 100<br>St. Louis MO 63131 | Attn: J. Talbot Sant, Jr., Ira M. Potter, Mark R. Sanders | 1610 Des Peres Road | Suite 100 | St. Louis | MO | 63131 | | tsant@affinitylawgrp.com<br>ipotter@affinitylawgrp.com<br>msanders@affinitylawgrp.com | Email |
| Top 30 Creditor | BNSF Railway | Attn: Suzanne Wellen<br>General Attorney<br>2500 Lou Menk Drive, AOB-3<br>Fort Worth TX 76131 | Attn: Suzanne Wellen | General Attorney | 2500 Lou Menk Drive, AOB-3 | Fort Worth | TX | 76131 | | suzanne.wellen@bnsf.com | Email |
| Counsel to Kentucky Utilities Company | Brown & James, P.C. | Attn: Matthew G. Koehler<br>800 Market Street<br>Suite 1100<br>St. Louis MO 63101 | Attn: Matthew G. Koehler | 800 Market Street | Suite 1100 | St. Louis | MO | 63101 | | mkoehler@bjp.com | Email |
| Counsel to Debtors | Bryan Cave LLP | Attn: Lloyd A. Palans, Brian C. Walsh & Cullen K. Kuhn<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis MO 63102 | Attn: Lloyd A. Palans, Brian C. Walsh & Cullen K. Kuhn | One Metropolitan Square | 211 N. Broadway, Suite 3600 | St. Louis | MO | 63102 | | lapalans@bryancave.com<br>brian.walsh@bryancave.com<br>ckkuhn@bryancave.com | Email |
| Counsel to Oracle America, Inc. | Buchalter Nemer, PC | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | Attn: Shawn M. Christianson, Esq. | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com | Email |
| Counsel to Cole & Crane Real Estate | Campbell Woods, PLLC | Attn: Charles I. Jones, Jr., Esq.<br>P.O. Box 1835<br>Huntington WV 25719-1834 | Attn: Charles I. Jones, Jr., Esq. | P.O. Box 1835 | | Huntington | WV | 25719-1834 | | cjones@campbellwoods.com | Email |
| Counsel to Great Northern Properties Limited Partnership and Natural Resource Partners L.P. | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Michael D. Mueller, Jennifer M. McLemore<br>909 East Main Street<br>Suite 1200<br>Richmond VA 23219-3095 | Attn: Augustus C. Epps, Jr., Michael D. Mueller, Jennifer M. McLemore | 909 East Main Street | Suite 1200 | Richmond | VA | 23219-3095 | | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com | Email |
| Counsel to Nelson Brothers, L.L.C. and Nelson Brothers Mining Services, L.L.C. | Christian & Small LLP | Attn: Daniel D. Sparks<br>1800 Financial Center<br>505 North 20th Street<br>Birmingham AL 35203 | Attn: Daniel D. Sparks | 1800 Financial Center | 505 North 20th Street | Birmingham | AL | 35203 | | ddsparks@csattorneys.com | Email |
| Top 30 Creditor | Cole & Crane Real Estate Trust | Attn: Phil G. Montague, Chief Engineer<br>848 Fourth Avenue<br>Suite 303<br>Huntington WV 25701 | Attn: Phil G. Montague, Chief Engineer | 848 Fourth Avenue | Suite 303 | Huntington | WV | 25701 | | coleandcrane@wvdsl.net | Email |
| Commonwealth of Pennsylvania, Department of Environmental Protection | Commonwealth of Pennsylvania, Department of Environmental Protection | Office of Chief Counsel<br>Attn: Barbara J. Grabowski<br>400 Waterfront Drive<br>Pittsburgh PA 15222-4745 | Office of Chief Counsel | Attn: Barbara J. Grabowski | 400 Waterfront Drive | Pittsburgh | PA | 15222-4745 | | bgrabowski@pa.gov | Email |
| Counsel to Debtors | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Brian M. Resnick, Michelle M. McGreal, Kevin J. Coco & Douglas R. Keeton<br>450 Lexington Avenue<br>New York NY 10017 | Attn: Marshall S. Huebner, Brian M. Resnick, Michelle M. McGreal, Kevin J. Coco & Douglas R. Keeton | 450 Lexington Avenue | | New York | NY | 10017 | | marshall.huebner@davispolk.com<br>brian.resnick@davispolk.com<br>michelle.mcgreal@davispolk.com<br>kevin.coco@davispolk.com<br>aryeh.falk@davispolk.com<br>douglas.keeton@davispolk.com<br>jacob.weiner@davispolk.com<br>bradley.schecter@davispolk.com | Email |
| Counsel to Allete, Inc. and RNSI City Place Owner, LLC | Desai Eggmann Mason LLC | Attn: Robert E. Eggmann, Esq.<br>7733 Forsyth Boulevard<br>Suite 800<br>St. Louis MO 63105 | Attn: Robert E. Eggmann, Esq. | 7733 Forsyth Boulevard | Suite 800 | St. Louis | MO | 63105 | | reggmann@demlawllc.com | Email |
| Interested Party | Donald C. Marro | 3318 Bust Head Road<br>The Plains VA 20198 | | 3318 Bust Head Road | | The Plains | VA | 20198 | | dmarro@crosslink.net | Email |
| Counsel to Fairmont Supply Company | Foley & Lardner LLP | Attn: Geoffrey S. Goodman, Esq.<br>321 North Clark Street<br>Suite 2800<br>Chicago IL 60654-5313 | Attn: Geoffrey S. Goodman, Esq. | 321 North Clark Street | Suite 2800 | Chicago | IL | 60654-5313 | | ggoodman@foley.com | Email |
| Counsel to Wyoming Machinery Company, Cecil I Walker Machinery Co. and Whayne Supply Company | Gray, Ritter & Graham, P.C. | Attn: Morry S. Cole<br>701 Market Street<br>Suite 800<br>St. Louis MO 63101 | Attn: Morry S. Cole | 701 Market Street | Suite 800 | St. Louis | MO | 63101 | | | First Class Mail |
| Counsel to Lexon Insurance Company and Bond Safeguard Insurance Company ("The Bond Insurance Companies") | Harris Beach, PLLC | Attn: Lee E. Woodward<br>333 Washington Street<br>Suite 200<br>Syracuse NY 13202 | Attn: Lee E. Woodward | 333 Washington Street | Suite 200 | Syracuse | NY | 13202 | | lwoodward@harrisbeach.com | Email |
| Counsel to Rocky Mountain Air & Lubrication | Hendrickson Law Firm, P.C. | Attn: Kelly J. Varnes<br>208 North Broadway Suite 324<br>PO Box 2502<br>Billings MT 59103-2502 | Attn: Kelly J. Varnes | 208 North Broadway Suite 324 | PO Box 2502 | Billings | MT | 59103-2502 | | kelly@hendricksonlawmt.com | Email |
| Counsel to Komatsu Corporation | Herren, Dare & Streett | Attn: David M. Dare<br>439 S. Kirkwood Road<br>Suite 204<br>St. Louis MO 63122 | Attn: David M. Dare | 439 S. Kirkwood Road | Suite 204 | St. Louis | MO | 63122 | | ddare@hdsstl.com | Email |
| Counsel to Kanawha Stone Company, Inc. | Hoyer, Hoyer & Smith, PLLC | Attn: Christopher S. Smith<br>22 Capitol Street<br>Charleston WV 25301 | Attn: Christopher S. Smith | 22 Capitol Street | | Charleston | WV | 25301 | | chris@hhsmlaw.com | Email |
| Counsel to Farm Credit Leasing Services Corporation ("FCLS") | Husch Blackwell LLP | Attn: Mark T. Benedict<br>4801 Main Street<br>Suite 1000<br>Kansas City MO 64112 | Attn: Mark T. Benedict | 4801 Main Street | Suite 1000 | Kansas City | MO | 64112 | | mark.benedict@huschblackwell.com | Email |
| Counsel to General Electric Capital Properties | Husch Blackwell LLP | Attn: Marshall C. Turner, Esq.<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis MO 63105 | Attn: Marshall C. Turner, Esq. | 190 Carondelet Plaza | Suite 600 | St. Louis | MO | 63105 | | marshall.turner@huschblackwell.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Attn: Centralized Insolvency Operation | 2970 Market St. | | Philadelphia | PA | 19104-5016 | | | First Class Mail |

**Exhibit 5**
**Core/2002 Service List**
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | | First Class Mail |
| Counsel to the Ad Hoc Group of Prepetition Lenders and DIP Lenders | Kaye Scholer LLP | Attn: Mark Liscio & Scott Talmadge<br>250 West 55th Street<br>New York NY 10019-9710 | Attn: Mark Liscio & Scott Talmadge | 250 West 55th Street | | New York | NY | 10019-9710 | | Mark.Liscio@kayescholer.com<br>Scott.Talmadge@kayescholer.com | Email |
| Counsel to the Ad Hoc Group of Prepetition Lenders and DIP Lenders | Kaye Scholer LLP | Attn: Michael Messersmith & Seth Kleinman<br>Three First National Plaza<br>70 West Madison Street, Suite 4200<br>Chicago IL 60602-4231 | Attn: Michael Messersmith & Seth Kleinman | Three First National Plaza | 70 West Madison Street, Suite 4200 | Chicago | IL | 60602-4231 | | Michael.Messersmith@kayescholer.com<br>Seth.Kleinman@kayescholer.com | Email |
| Counsel to UMB Bank, N.A. | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder, Esq.<br>101 Park Avenue<br>New York NY 10178 | Attn: Benjamin D. Feder, Esq. | 101 Park Avenue | | New York | NY | 10178 | | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com | Email |
| Counsel to U.S. Bank National Association (Indenture Trustee) | Kilpatrick Townsend & Stockton LLP | Attn: David M. Posner, Esq., Shane G. Ramsey, Esq.<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | Attn: David M. Posner, Esq., Shane G. Ramsey, Esq. | 1114 Avenue of the Americas | | New York | NY | 10036-7703 | | dposner@kilpatricktownsend.com<br>sramsey@kilpatricktownsend.com | Email |
| Counsel to U.S. Bank National Association (Indenture Trustee) | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers, Esq.<br>1100 Peachtree Stree, NE<br>Suite 2800<br>Atlanta GA 30309-4530 | Attn: Todd C. Meyers, Esq. | 1100 Peachtree Stree, NE | Suite 2800 | Atlanta | GA | 30309-4530 | | tmeyers@kilpatricktownsend.com | Email |
| Counsel for Virginia Department of Mines, Minerals and Energy ("DMME") | Kutak Rock LLP | Attn: Michael A. Condyles, Esq., Peter J. Barrett, Esq., Jeremy S. Williams, Esq.<br>1111 East Main Street<br>Suite 800<br>Richmond VA 23219-3500 | Attn: Michael A. Condyles, Esq., Peter J. Barrett, Esq., Jeremy S. Williams, Esq | 1111 East Main Street | Suite 800 | Richmond | VA | 23219-3500 | | michael.condyles@kutakrock.com<br>peter.barrett@kutakrock.com<br>jeremy.williams@kutakrock.com | Email |
| Counsel to Caterpillar Financial Services Corporation | Lashly & Baer, P.C. | Attn: Daniel D. Doyle, Esq., Sonette T. Magnus, Esq.<br>714 Locust Street<br>St. Louis MO 63101 | Attn: Daniel D. Doyle, Esq., Sonette T. Magnus, Esq. | 714 Locust Street | | St. Louis | MO | 63101 | | ddoyle@lashlybaer.com<br>smagnus@lashlybaer.com | Email |
| Counsel to PNC Bank, National Association | Lathrop & Gage LLP | Attn: Wendi Alper-Pressman<br>Pierre Laclede Center<br>7701 Forsyth Boulevard, Suite 500<br>Clayton MO 63105 | Attn: Wendi Alper-Pressman | Pierre Laclede Center | 7701 Forsyth Boulevard, Suite 500 | Clayton | MO | 63105 | | wpressman@lathropgage.com | Email |
| Counsel to Virginia Electric, Power Company d/b/a Dominion Virginia Power, Appalachian Power Company d/b/a American Electric Power, Kentucky Power Company d/b/a American Electric Power, Monongahela Power Company, Potomac Edison Company, Virginia Electric and Power Company | Law Firm of Russell R. Johnson III, PLC | Attn: Russell R. Johnson III, Esq.<br>2258 Wheatlands Drive<br>Manakin-Sabot VA 23103 | Attn: Russell R. Johnson III, Esq. | 2258 Wheatlands Drive | | Manakin-Sabot | VA | 23103 | | russj4478@aol.com | Email |
| Counsel to Lexon Insurance Company and Bond Safeguard Insurance Company ("The Bond Insurance Companies") | Lewis Rice LLC | Attn: Larry E. Parres<br>600 Washington Avenue<br>Suite 2500<br>St. Louis MO 63101 | Attn: Larry E. Parres | 600 Washington Avenue | Suite 2500 | St. Louis | MO | 63101 | | lparres@lewisrice.com | Email |
| Counsel to Arch Insurance Co. | Manier & Herod, P.C. | Attn: Scott C. Williams, Esquire<br>2200 One Nashville Place<br>150 Fourth Avenue North<br>Nashville TN 37219 | Attn: Scott C. Williams, Esquire | 2200 One Nashville Place | 150 Fourth Avenue North | Nashville | TN | 37219 | | swilliams@manierherod.com | Email |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Attn: Brian Trust, Esq.<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | Attn: Brian Trust, Esq. | 1221 Avenue of the Americas | | New York | NY | 10020-1001 | | btrust@mayerbrown.com | Email |
| Counsel to PNC Bank, National Association | Mayer Brown LLP | Attn: Richard Ziegler, Esq.<br>71 S. Wacker<br>Chicago IL 60606 | Attn: Richard Ziegler, Esq. | 71 S. Wacker | | Chicago | IL | 60606 | | rziegler@mayerbrown.com | Email |
| Counsel to CSX Transportation, Inc. | McGuireWoods LLP | Attn: John H. Maddock III<br>Gateway Plaza<br>800 East Canal Street<br>Richmond VA 23219 | Attn: John H. Maddock III | Gateway Plaza | 800 East Canal Street | Richmond | VA | 23219 | | jmaddock@mcguirewoods.com | Email |
| Missouri Department of Revenue | Missouri Department of Revenue - General Counsel's Office | Attn: Jeffrey W. Hunt<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | Attn: Jeffrey W. Hunt | 301 W. High Street, Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 | | | First Class Mail |
| Top 30 Creditor UMWA Health & Retirement Funds[1] , Counsel to UMWA Health & Retirement Funds[1] | Mooney, Green, Saindon, Murphy & Welch, PC | Attn: John R. Mooney, Paul A. Green, Diana M. Bardes<br>1920 L. Street NW<br>Suite 400<br>Washington DC 20036 | Attn: John R. Mooney, Paul A. Green, Diana M. Bardes | 1920 L. Street NW | Suite 400 | Washington | DC | 20036 | | jmooney@mooneygreen.com<br>pgreen@mooneygreen.com<br>dbardes@mooneygreen.com | Email |
| Top 30 Creditor UMWA Health & Retirement Funds[1] , Counsel to UMWA Health & Retirement Funds[1] | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Rachel Jaffe Mauceri<br>1701 Market Street<br>Philadelphia PA 19103-2921 | Attn: John C. Goodchild, III, Rachel Jaffe Mauceri | 1701 Market Street | | Philadelphia | PA | 19103-2921 | | jgoodchild@morganlewis.com<br>rmauceri@morganlewis.com | Email |
| Top 30 Creditor UMWA Health & Retirement Funds[1] , Counsel to UMWA Health & Retirement Funds[1] | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Amelia C. Joiner<br>One Federal Street<br>Boston MA 02110-1726 | Attn: Julia Frost-Davies, Amelia C. Joiner | One Federal Street | | Boston | MA | 02110-1726 | | julia.frost-davies@morganlewis.com<br>amelia.joiner@morganlewis.com | Email |
| Counsel to Western Organization of Resource Councils, for itself and on behalf of its member organizations including but not limited to Powder River Basin Resource Council and Northern Plains Resource Council | Moye White LLP | Attn: James T. Burghardt, Timothy M. Swanson<br>1400 16th Street<br>Sixth Floor<br>Denver CO 80202 | Attn: James T. Burghardt, Timothy M. Swanson | 1400 16th Street | Sixth Floor | Denver | CO | 80202 | | jim.burghardt@moyewhite.com<br>tim.swanson@moyewhite.com | Email |
| Local Counsel to Virginia Electric and Power Company d/b/a Dominion Virginia Power | Nebula Co-Working | Attn: Norah J. Ryan, Esq.<br>3407 South Jefferson Ave.<br>St. Louis MO 63118 | Attn: Norah J. Ryan, Esq. | 3407 South Jefferson Ave. | | St. Louis | MO | 63118 | | norah.ryan@att.net | Email |
| Illinois Department of Natural Resources | Office of the Attorney General - Revenue Litigation Bureau | Attn: Dylan A. Tate AAG<br>500 South Second Street<br>Springfield IL 62706 | Attn: Dylan A. Tate AAG | 500 South Second Street | | Springfield | IL | 62706 | | dtate@atg.state.il.us | Email |
| United States Trustee Eastern District of Missouri | Office of the United States Trustee | Attn: Leonora S. Long<br>111 S 10th St.<br>Ste 6353<br>St. Louis MO 63102 | Attn: Leonora S. Long | 111 S 10th St. | Ste 6353 | St. Louis | MO | 63102 | | leonora.long@usdoj.gov | Email |

**Exhibit 6**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee Eastern District of Missouri | Office of the United States Trustee | Attn: Paul A. Randolph<br>111 S. 10th St.<br>Ste 6353<br>St. Louis MO 63102 | Attn: Paul A. Randolph | 111 S. 10th St. | Ste 6353 | St. Louis | MO | 63102 | | paul.a.randolph@usdoj.gov | Email |
| Counsel to the Ad Hoc Group of Prepetition Lenders and DIP Lenders | Paul, Weiss, Rifkind, Wharton & Garrison | Attn: Sarah Harnett<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | Attn: Sarah Harnett | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | sharnett@paulweiss.com<br>bhermann@paulweiss.com<br>aklein@paulweiss.com<br>bkim@paulweiss.com | Email |
| Counsel to Cleveland Brothers Equipment Company, Inc. and CB Mining, Inc | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Esq., Michael J. Custer, Esq.<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | Attn: Henry J. Jaffe, Esq., Michael J. Custer, Esq. | Hercules Plaza, Suite 5100 | 1313 Market Street, P.O. Box 1709 | Wilmington | DE | 19899-1709 | | jaffeh@pepperlaw.com<br>custerm@pepperlaw.com | Email |
| Securitization Providers | PNC Bank, National Association | Attn: Brian Stanley<br>300 Fifth Avenue<br>11th Floor<br>Pittsburgh PA 15222 | Attn: Brian Stanley | 300 Fifth Avenue | 11th Floor | Pittsburgh | PA | 15222 | | BTrust@mayerbrown.com<br>ZCarrier@mayerbrown.com<br>LWorkman@mayerbrown.com<br>CWalsh@mayerbrown.com<br>mark.gittelman@pnc.com<br>Rziegler@mayerbrown.com | Email |
| Counsel to Signature Financial, LLC | Pryor Cashman LLP | Attn: Conrad K. Chiu, Esq<br>7 Times Square<br>New York NY 10036-6569 | Attn: Conrad K. Chiu, Esq | 7 Times Square | | New York | NY | 10036-6569 | | cchiu@pryorcashman.com | Email |
| Counsel to General Electric Capital Properties | Reed Smith LLP | Attn: Richard J. Tannenbaum, Esq., Chrystal A. Puleo, Esq.<br>599 Lexington Avenue<br>New York NY 10022 | Attn: Richard J. Tannenbaum, Esq., Chrystal A. Puleo, Esq | 599 Lexington Avenue | | New York | NY | 10022 | | rtannenbaum@reedsmith.com<br>cpuleo@reedsmith.com | Email |
| Securitization Providers | Regions Bank | Attn: Mark Kassis & Linda Harris<br>1180 West Peachtree Street NW<br>Suite 1000<br>Atlanta GA 30309 | Attn: Mark Kassis & Linda Harris | 1180 West Peachtree Street NW | Suite 1000 | Atlanta | GA | 30309 | | MMaloney@KSLAW.com | Email |
| Counsel to Crown Products & Services, Inc. | Reinhart Boerner Van Deuren s.c. | Attn: Michael D. Jankowski, Esq.<br>1000 North Water Street<br>Suite 1700<br>Milwaukee WI 53202 | Attn: Michael D. Jankowski, Esq. | 1000 North Water Street | Suite 1700 | Milwaukee | WI | 53202 | | mjankowski@reinhartlaw.com | Email |
| Counsel to Thermo Environmental Instruments, Inc. | Riezman Berger, P.C. | Attn: Kathryn A. Klein, Esq.<br>7700 Bonhomme Avenue<br>7th Floor<br>St. Louis MO 63105 | Attn: Kathryn A. Klein, Esq. | 7700 Bonhomme Avenue | 7th Floor | St. Louis | MO | 63105 | | klein@riezmanberger.com | Email |
| Counsel to Menard Electric Cooperative | Sandberg Phoenix & Von Gotard P.C. | Attn: Scott Greenberg<br>600 Washington Avenue<br>15th Floor<br>St. Louis MO 63101-1313 | Attn: Scott Greenberg | 600 Washington Avenue | 15th Floor | St. Louis | MO | 63101-1313 | | sgreenberg@sandbergphoenix.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Christopher Cox<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | Attn: Christopher Cox | Secretary of the Treasury | 100 F Street, NE | Washington | DC | 20549 | | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Chicago Office | Attn: David A. Glockner, Bankruptcy Dept.<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago IL 60604 | Attn: David A. Glockner, Bankruptcy Dept. | 175 W. Jackson Boulevard | Suite 900 | Chicago | IL | 60604 | | chicago@sec.gov<br>secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew S. Calamari, Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | Attn: Andrew S. Calamari, Bankruptcy Dept. | Brookfield Place | 200 Vesey Street, Ste. 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | Email |
| Counsel to the Prepetition Agent Wilmington Trust, N.A | Seward & Kissel LLP | Attn: Kalyan Das, John Ashmead, Arlene Alves and Mark Kotwick<br>One Battery Park Plaza<br>New York NY 10004 | Attn: Kalyan Das, John Ashmead, Arlene Alves and Mark Kotwick | One Battery Park Plaza | | New York | NY | 10004 | | das@sewkis.com<br>ashmead@sewkis.com<br>kotwick@sewkis.com<br>alves@sewkis.com | Email |
| Counsel to DIP Agent Wilmington Trust, N.A. | Seward & Kissel LLP | Attn: Ronald L. Cohen, Laurie Binder, Michael Tenenhaus<br>One Battery Park Plaza<br>New York NY 10004 | Attn: Ronald L. Cohen, Laurie Binder, Michael Tenenhaus | One Battery Park Plaza | | New York | NY | 10004 | | cohen@sewkis.com<br>binder@sewkis.com<br>tenenhaus@sewkis.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Spencer Fane LLP | Attn: Eric C. Peterson, Sherry K. Dreisewerd<br>1 North Brentwood Boulevard<br>Suite 1000<br>St. Louis MO 63105 | Attn: Eric C. Peterson, Sherry K. Dreisewerd | 1 North Brentwood Boulevard | Suite 1000 | St. Louis | MO | 63105 | | epeterson@spencerfane.com<br>sdreisewerd@spencerfane.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Spencer Fane LLP | Attn: Lisa A. Epps Scott J. Goldstein Eric L. Johnson Sherry K. Dreisewerd Eric L. Johnson Eric C. Peterson<br>1000 Walnut<br>Suite 1400<br>Kansas City MO 64106-2140 | Attn: Lisa A. Epps Scott J. Goldstein Eric L. Johnson Sherry K. Dreisewerd Eric L. Johnson Eric C. Peterson | 1000 Walnut | Suite 1400 | Kansas City | MO | 64106-2140 | | sdreisewerd@spencerfane.com<br>lepps@spencerfane.com<br>sgoldstein@spencerfane.com<br>ejohnson@spencerfane.com<br>epeterson@spencerfane.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Spencer Fane LLP | Attn: Scott J. Goldstein, Eric L. Johnson, Andrea M. Chase<br>1000 Walnut<br>Suite 1400<br>Kansas City MO 64106-2140 | Attn: Scott J. Goldstein, Eric L. Johnson, Andrea M. Chase | 1000 Walnut | Suite 1400 | Kansas City | MO | 64106-2140 | | sgoldstein@spencerfane.com<br>ejohnson@spencerfane.com<br>achase@spencerfane.com | Email |
| Counsel to Westchester Fire Insurance Co., Indemnity National Insurance Co., and Zurich North America | Stites & Harbison PLLC | Attn: Chrisandrea L. Turner Elizabeth Lee Thompson William T. Gorton III W. Blaine Early III<br>250 West Main Street<br>Suite 2300<br>Lexington KY 40507 | Attn: Chrisandrea L. Turner Elizabeth Lee Thompson William T. Gorton III W. Blaine Early II | 250 West Main Street | Suite 2300 | Lexington | KY | 40507 | | clturner@stites.com<br>ethompson@stites.com<br>wgorton@stites.com<br>bearly@stites.com | Email |
| Counsel to Kanawha Stone Company, Inc. and Bryan M. Tarter | Stone, Leyton & Gershman P.C. | Attn: E. Rebecca Case, Howard S. Smotkin, Janice R. Valdez<br>7733 Forsyth Blvd<br>Suite 500<br>St. Louis MO 63105 | Attn: E. Rebecca Case, Howard S. Smotkin, Janice R. Valdez | 7733 Forsyth Blvd | Suite 500 | St. Louis | MO | 63105 | | erc@stoneleyton.com<br>rcase@stoneleyton.com<br>hss@stoneleyton.com<br>hsmotkin@stoneleyton.com<br>jrv@stoneleyton.com<br>jvaldez@stoneleyton.com | Email |
| Counsel to Kanawha Scales and Systems, Inc. | Summers Compton Wells LLC | Attn: Bonnie L. Clair<br>8909 Ladue Road<br>St. Louis MO 63124 | Attn: Bonnie L. Clair | 8909 Ladue Road | | St. Louis | MO | 63124 | | blcattymo@summerscomptonwells.com | Email |
| Top 30 Creditor UMWA Health & Retirement Funds[1] , Counsel to UMWA Health & Retirement Funds[1] | Summers Compton Wells LLC | Attn: David A. Sosne, Bonnie L. Clair, Brian J. LaFlamme<br>8909 Ladue Road<br>St. Louis MO 63124 | Attn: David A. Sosne, Bonnie L. Clair, Brian J. LaFlamme | 8909 Ladue Road | | St. Louis | MO | 63124 | | dasattymo@summerscomptonwells.com<br>blcattymo@summerscomptonwells.com<br>blaflamme@summerscomptonwells.com | Email |
| Tennessee Department of Environment and Conservation | Tennessee Department of Environment and Conservation | c/o Tennessee Attorney General's Office, Bankruptcy Division<br>Attn: Marvin E. Clements, Jr.<br>PO Box 20207<br>Nashville TN 37202-0207 | c/oTennessee Attorney General's Office, Bankruptcy Division | Attn: Marvin E. Clements, Jr. | PO Box 20207 | Nashville | TN | 37202-0207 | | marvin.clements@ag.tn.gov | Email |

**Exhibit 1**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Group of Prepetition Lenders and DIP Lenders; Counsel to Lenders Under Debtors' Pre-Petition Secured Term Loan and Post-Petition Financing; Counsel to Wilmington Trust, N.A | Thompson Coburn LLP | Attn: Mark Bossi<br>One US Bank Plaza<br>St. Louis MO 63101 | Attn: Mark Bossi | One US Bank Plaza | | St. Louis | MO | 63101 | | mbossi@thompsoncoburn.com | Email |
| Counsel to Bryan M. Tarter | Throne Law Office, P.C. | Attn: Jacob T. Haseman - WY State Bar # 6-4238<br>P.O. Drawer 6590<br>424 North Main Street, Suite 201<br>Sheridan WY 82801 | Attn: Jacob T. Haseman - WY State Bar # 6-4238 | P.O. Drawer 6590 | 424 North Main Street, Suite 201 | Sheridan | WY | 82801 | | jhaseman@thronelaw.com | Email |
| Travelers | Travelers, National Accounts | Attn: Chantel Y. Pinnock<br>One Tower Square<br>9CR<br>Hartford CT 06183 | Attn: Chantel Y. Pinnock | One Tower Square | 9CR | Hartford | CT | 06183 | | | First Class Mail |
| Counsel to Thermo Environmental Instruments, Inc. | Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq.<br>1500 One PPG Place<br>Pittsburgh PA 15222 | Attn: Jordan S. Blask, Esq. | 1500 One PPG Place | | Pittsburgh | PA | 15222 | | jblask@tuckerlaw.com | Email |
| Counsel to United States Department of Labor, U.S. Department of the Interior | U.S. Department of Justice - Civil Division | Attn: Seth B. Shapiro<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044 | Attn: Seth B. Shapiro | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044 | | seth.shapiro@usdoj.gov | Email |
| Counsel to U.S. Environmental Protection Agency ("EPA"); the U.S. Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE"); the U.S. Department of the Interior, Bureau of Land Management ("BLM"); the U.S. Department of Defense, Army Corps of Engineers (the "Corps"); the U.S. Department of Agriculture, Forest Service ("Forest Service"); and the U.S. Nuclear Regulatory Commission ("NRC"). | U.S. Department of Justice - Environmental Enforcement Section | Environment and Natural Resources Division<br>Attn: Laura A. Thoms, Senior Counsel<br>P.O. Box 7611<br>Washington DC 20044 | Environment and Natural Resources Division | Attn: Laura A. Thoms, Senior Counsel | P.O. Box 7611 | Washington | DC | 20044 | | laura.thoms@usdoj.gov | Email |
| Counsel to U.S. Environmental Protection Agency ("EPA"); the U.S. Department of the Interior, Office of Surface Mining Reclamation and Enforcement ("OSMRE"); the U.S. Department of the Interior, Bureau of Land Management ("BLM"); the U.S. Department of Defense, Army Corps of Engineers (the "Corps"); the U.S. Department of Agriculture, Forest Service ("Forest Service"); and the U.S. Nuclear Regulatory Commission ("NRC"). | U.S. Department of Justice - Environmental Enforcement Section | Environment and Natural Resources Division<br>Attn: Marcello Mollo, Senior Attorney<br>P.O. Box 7611<br>Washington DC 20044 | Environment and Natural Resources Division | Attn: Marcello Mollo, Senior Attorney | P.O. Box 7611 | Washington | DC | 20044 | | marcello.mollo@usdoj.gov | Email |
| Top 30 Creditor | UMB Bank (Unsecured Notes Due 2021 @ 7.25%); UMB Bank (Unsecured Notes Due 2019 @ 7%); UMB Bank (Unsecured Notes Due 2019 @ 9.875%); UMB Bank (Sr. Secured 2nd Lien Notes Due 2019 @ 8%) | Attn: Mark Flannagan<br>2 South Broadway<br>Suite 600<br>St. Louis MO 63102 | Attn: Mark Flannagan | 2 South Broadway | Suite 600 | St. Louis | MO | 63102 | | mark.flannagan@Umb.Com | Email |
| Top 30 Creditor | Union Pacific Railroad Company | Attn: Mary Ann Kilgore, Jennie L. Anderson<br>1400 Douglas Street<br>STOP 1580<br>Omaha NE 68179 | Attn: Mary Ann Kilgore, Jennie L. Anderson | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | mkilgore@up.com<br>jlanders01@up.com | Email |
| United States Attorney's Office for the Eastern District of Missouri | United States Attorney's Office for the Eastern District of Missouri | Attn: Richard Callahan, US Attorney<br>Thomas Eagleton U.S. Courthouse<br>111 S. 10th St, 20th Floor<br>St. Louis MO 63102 | Attn: Richard Callahan, US Attorney | Thomas Eagleton U.S. Courthouse | 111 S. 10th St, 20th Floor | St. Louis | MO | 63102 | | | First Class Mail |
| United States Department of Labor | United States Department of Labor | Attn: Thomas E. Perez, Secretary of Labor<br>200 Constitution Avenue, NW<br>Washington DC 20210 | Attn: Thomas E. Perez, Secretary of Labor | 200 Constitution Avenue, NW | | Washington | DC | 20210 | | webmaster@dol.gov | Email |
| United States Department of the Interior | United States Department of the Interior | Attn: Sally Jewell, Secretary of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 | Attn: Sally Jewell, Secretary of the Interior | 1849 C Street, N.W. | | Washington | DC | 20240 | | feedback@ios.doi.gov | Email |
| Counsel to RBS Asset Finance, Inc. | Vedder Price P.C. | Attn: Douglas J. Lipke, Esq.<br>222 North LaSalle Street<br>Suite 2600<br>Chicago IL 60601-1003 | Attn: Douglas J. Lipke, Esq. | 222 North LaSalle Street | Suite 2600 | Chicago | IL | 60601-1003 | | dlipke@vedderprice.com | Email |
| Administrative Agent and Collateral Agent/ Counsel to the Prepetition Agent | Wilmington Trust, N.A. | Attn: Jeffrey T. Rose, Esq., VP<br>50 South Sixth Street<br>Suite 1290<br>Minneapolis MN 55402 | Attn: Jeffrey T. Rose, Esq., VP | 50 South Sixth Street | Suite 1290 | Minneapolis | MN | 55402 | | jrose@wilmingtontrust.com | Email |
| Counsel to Banc of America Leasing & Capital, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Daniel F. Flores, Esq.<br>150 East 42nd Street<br>New York NY 10017-5639 | Attn: Daniel F. Flores, Esq. | 150 East 42nd Street | | New York | NY | 10017-5639 | | daniel.flores@wilsonelser.com | Email |
| Counsel to Banc of America Leasing & Capital, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Daniel Tranen, Esq.<br>101 West Vandalia Street<br>Suite 220<br>Edwardsville IL 62025 | Attn: Daniel Tranen, Esq. | 101 West Vandalia Street | Suite 220 | Edwardsville | IL | 62025 | | daniel.tranen@wilsonelser.com | Email |
| Counsel to Banc of America Leasing & Capital, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Timothy R. Wheeler, Esq.<br>200 Campus Drive<br>Florham Park NJ 07932-0668 | Attn: Timothy R. Wheeler, Esq. | 200 Campus Drive | | Florham Park | NJ | 07932-0668 | | timothy.wheeler@wilsonelser.com | Email |

In re Arch Coal, Inc., et al.
Case No. 16- 40120-705

Page 4 of 4