**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ARCH COAL, INC., *et al.*<br><br>Debtors. | Chapter 11<br>Case No. 16-40120-705<br><br>(Jointly Administered) |

**NOTICE OF FILING MONTHLY INVOICE**

      Pursuant to paragraph 15 of the *Order Authorizing the Debtors to Employ and Retain Prime Clerk LLC as Notice, Claims and Solicitation Agent, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 102], Prime Clerk LLC hereby files the attached invoice for services provided through the period ending February 29, 2016.

March 15, 2016
                                                        /s/ *Michael J. Frishberg*
                                                        Michael J. Frishberg
                                                        Co-President and Chief Operating Officer
                                                        Prime Clerk LLC
                                                        830 Third Avenue, 9th Floor
                                                        New York, New York 10022



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

March 15, 2016

Robert G. Jones
Arch Coal, Inc.
One City Place, Suite 300
St. Louis, MO  63141

**Re: <u>Arch Coal, Inc.</u>**

Dear Mr. Jones:

Enclosed please find Prime Clerk's invoice for Claims and Noticing Agent Services for the period through February 29, 2016.  Pursuant to Prime Clerk's Engagement Agreement and the Order of the Bankruptcy Court authorizing Prime Clerk's engagement, the amount now due and payable without further application to or order of the Court is $121,591.75.

Kindly remit payment of $121,591.75 at your earliest convenience.  If you have any questions, please contact me at (212) 257-5445 or <u>mfrishberg@primeclerk.com.</u>

Very truly yours,

Michael J. Frishberg
Prime Clerk
Co-President & COO

cc:  Marshall S. Huebner, Esq.
     Lloyd A. Palans, Esq.
     Leonora S. Long, Esq.



830 Third Avenue 9th Floor
New York, NY 10022

primeclerk.com

Arch Coal, Inc.
One City Place, Suite 300
St. Louis, MO  63141

| | |
|---|---|
| Account #: | 1370-0002 |
| Invoice #: | **** |
| Invoice Date: | February 29, 2016 |
| Due Date: | Due Upon Receipt |

## SUMMARY

| Description | Amount |
|---|---:|
| Hourly Fees | $72,209.50 |
| Expenses | $57,451.85 |
| Courtesy Hourly Discount | ($7,220.95) |
| Additional Courtesy Discount | ($860.14) |
| NY State Sales Tax | $11.49 |
| Current Amount Due | $121,591.75 |
| **Total Balance Now Due** | **$121,591.75** |



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| CL | Liu, Calvin | AN - Analyst | 16.60 | $30.00 | $498.00 |
| LS | Santodomingo, Liz | AN - Analyst | 3.00 | $30.00 | $90.00 |
| PC | Production Clerks | AN - Analyst | 6.40 | $35.00 | $224.00 |
| ISC | Soto-Crespo, Ileana | AN - Analyst | 3.10 | $35.00 | $108.50 |
| AUA | Ashraf, Asir U | AN - Analyst | 10.90 | $40.00 | $436.00 |
| YB | Banskota, Yukta | AN - Analyst | 15.00 | $40.00 | $600.00 |
| CWB | Brown, Charles W | AN - Analyst | 8.20 | $40.00 | $328.00 |
| DCB | Bynum, David C | AN - Analyst | 13.00 | $40.00 | $520.00 |
| AMC | Cerro, Angela M | AN - Analyst | 0.50 | $40.00 | $20.00 |
| RFD | Desir, Romaire F | AN - Analyst | 9.00 | $40.00 | $360.00 |
| CH | Henriquez, Catherine | AN - Analyst | 4.70 | $40.00 | $188.00 |
| SVH | Higgins, Sebastian V | AN - Analyst | 22.40 | $40.00 | $896.00 |
| SEJ | Jenkins, Samuel E | AN - Analyst | 6.50 | $40.00 | $260.00 |
| MJK | Kane, Matthew J | AN - Analyst | 11.00 | $40.00 | $440.00 |
| JYL | Li, Jin Y | AN - Analyst | 6.00 | $40.00 | $240.00 |
| JAT | Torres, Joseph A | AN - Analyst | 1.30 | $40.00 | $52.00 |
| KKB | Baldeo, Keenan K | AN - Analyst | 11.00 | $45.00 | $495.00 |
| GRP | Pasabangi, Gerhald R | AN - Analyst | 16.20 | $45.00 | $729.00 |
| CIR | Rivera, Christian I | AN - Analyst | 16.10 | $45.00 | $724.50 |
| SMR | Rowe, Stefania M | AN - Analyst | 29.40 | $45.00 | $1,323.00 |
| KS | Singh, Kevin | TC - Technology Consultant | 4.00 | $55.00 | $220.00 |
| ACJ | Jaffar, Amrita C | CO - Consultant | 11.20 | $70.00 | $784.00 |
| DL | Li, Daniel | CO - Consultant | 7.10 | $70.00 | $497.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 5.50 | $70.00 | $385.00 |
| SJB | Bindra, Shamick J | TC - Technology Consultant | 0.30 | $70.00 | $21.00 |
| CAA | Arevalo, Carl A | CO - Consultant | 1.40 | $80.00 | $112.00 |

| | | | | | |
|---|---|---|---|---|---|
| CHG | Guan, Christopher H | CO - Consultant | 4.00 | $80.00 | $320.00 |
| TAJ | Jones, Terrence A | CO - Consultant | 5.20 | $80.00 | $416.00 |
| MAK | Khalid, Mariam A | CO - Consultant | 6.80 | $80.00 | $544.00 |
| LNB | Breines, Lauren N | CO - Consultant | 4.30 | $85.00 | $365.50 |
| DBG | Goldstein, Dori B | CO - Consultant | 2.90 | $85.00 | $246.50 |
| PG | Grant, Patricia | CO - Consultant | 0.80 | $85.00 | $68.00 |
| CAL | Lundy, Cipriana A | CO - Consultant | 1.20 | $85.00 | $102.00 |
| DPM | Mecca, Dominick P | CO - Consultant | 4.60 | $85.00 | $391.00 |
| DV | Volovik, Dmytro | CO - Consultant | 6.10 | $85.00 | $518.50 |
| SWC | Chan, Sze Wah | CO - Consultant | 3.50 | $90.00 | $315.00 |
| TAO | Onwubu, Timothy A | CO - Consultant | 20.20 | $90.00 | $1,818.00 |
| YK | Kouskorskaya, Yaroslava | CO - Consultant | 19.50 | $95.00 | $1,852.50 |
| NJR | Rodriguez, Nelson J | CO - Consultant | 12.70 | $95.00 | $1,206.50 |
| DDS | De Souza, Delicia | CO - Consultant | 11.80 | $110.00 | $1,298.00 |
| GMD | DePalma, Greg M | CO - Consultant | 2.10 | $110.00 | $231.00 |
| PS | Production Supervisors | CO - Consultant | 7.00 | $110.00 | $770.00 |
| HSA | Alli-Balogun, Hassan S | CO - Consultant | 17.10 | $120.00 | $2,052.00 |
| ATTO | Orchowski, Alex T | CO - Consultant | 14.00 | $120.00 | $1,680.00 |
| SLP | Perry, Selwyn L | CO - Consultant | 47.90 | $120.00 | $5,748.00 |
| JMS | Sias, James M | CO - Consultant | 7.10 | $120.00 | $852.00 |
| IS | Stern, Ian | CO - Consultant | 44.10 | $120.00 | $5,292.00 |
| SG | Gordon, Steven | SC - Senior Consultant | 8.80 | $130.00 | $1,144.00 |
| BNB | Bishop, Brandon N | SC - Senior Consultant | 14.50 | $135.00 | $1,957.50 |
| JLK | Karotkin, Josh L | SC - Senior Consultant | 100.40 | $150.00 | $15,060.00 |
| GAR | Ruiz, Gustavo A | DI - Director | 13.40 | $160.00 | $2,144.00 |
| LMC | Campbell, Laura M | DI - Director | 7.10 | $170.00 | $1,207.00 |
| HLA | Aaronson, Heather L | DI - Director | 9.20 | $180.00 | $1,656.00 |
| DRM | Malo, David R | DI - Director | 0.80 | $180.00 | $144.00 |
| KC | Cuadros, Keri | SA - Solicitation Consultant | 0.50 | $180.00 | $90.00 |
| MD | Deboissiere, Michael | SA - Solicitation Consultant | 0.10 | $180.00 | $18.00 |
| STTK | Kesler, Stanislav T | SA - Solicitation Consultant | 15.50 | $180.00 | $2,790.00 |
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 5.60 | $180.00 | $1,008.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 4.30 | $180.00 | $774.00 |

| | | | | | |
|---|---|---|---|---|---|
| NCS | Scully, Nikesha C | SA - Solicitation Consultant | 0.70 | $180.00 | $126.00 |
| AMA | Adler, Adam M | DI - Director | 2.20 | $185.00 | $407.00 |
| HCB | Baer, Herb C | DI - Director | 1.40 | $185.00 | $259.00 |
| CRS | Schepper, Chris R | DI - Director | 30.50 | $185.00 | $5,642.50 |
| BJS | Steele, Benjamin J | DI - Director | 5.00 | $185.00 | $925.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 1.10 | $200.00 | $220.00 |
| | | **TOTAL:** | **703.80** | | **$72,209.50** |

Arch Coal, Inc.

## Expense Detail

| Description | Units | Rate | Amount |
|---|---:|---:|---:|
| After Hours Transportation | | | $345.28 |
| Delivery, Messenger & Storage Services | | | $525.00 |
| Electronic Imaging | 6,505 | 0.05 | $325.25 |
| Fax Noticing | 36 | 0.08 | $2.88 |
| Nominee Mailing & Processing Fees | | | $39,736.68 |
| Non-Mailing Printing | 315 | 0.10 | $31.50 |
| Notary Services | 13 | 2.00 | $26.00 |
| Overnight Delivery | | | $8,608.79 |
| Oversized Envelopes | 150 | 0.10 | $15.00 |
| Overtime Meals | | | $194.09 |
| Pacer | | | $1,868.80 |
| Postage | | | $1,452.03 |
| Printing | 42,692 | 0.10 | $4,269.20 |
| Standard # 10 Envelopes | 408 | 0.05 | $20.40 |
| Travel | | | $30.95 |
| **Total Expenses** | | | **$57,451.85** |

**Mailing Detail**

| Post Date | Mailing Name | Total # Documents | Total Images | Total Faxed Images | Total First Class Mail Packages | Total FedEx Packages | Total Express Mail Packages | Checks Printed | Customization - Envelope Printing | Standard # 10 Envelopes | Oversized Envelopes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/16 | Supplemental Notice of Commencement | 1 | 18 | | 3 | | | | 3 | 3 | |
| 02/04/16 | Courtesy Notice of Commencement Mediant | 1 | 2,053 | | | 1 | | | 1 | | |
| 02/08/16 | Second Courtesy Net Operating Loss Notice for Mediant | 2 | 6,241 | | | 1 | | | 1 | | |
| 02/09/16 | Second Day Procedural Motions and Proposed Orders | 27 | 7,838 | 36 | | 82 | 6 | | 88 | | |
| 02/09/16 | Supplemental Net Operating Loss Notice | 1 | 156 | | 26 | | | | 26 | 26 | |
| 02/11/16 | Supplemental Chapter 11 Lessor Letter, Notice of Commencement and Employee Letter | 3 | 1,532 | | 237 | | | | 237 | 237 | |
| 02/12/16 | Notice of First Supplemental Utilities List | 1 | 48 | | 6 | 1 | 1 | | 8 | 6 | |
| 02/17/16 | Supplemental Notice of Commencement and Employee Letter | 2 | 80 | | 13 | | | | 13 | 13 | |
| 02/18/16 | Proof of Claim Form | 1 | 20 | | 4 | | | | 4 | 4 | |
| 02/19/16 | Proposed Notice of Hearing Agenda | 1 | 66 | | 6 | | | | 6 | 6 | |
| 02/19/16 | Supplemental Notice of Commencement, Net Operating Loss Notice | 3 | 85 | | 14 | | | | 14 | 14 | |
| 02/22/16 | Reply Memorandum in Support of Debtor in Possession Motion, Buschmann and Moskowitz Declarations in Support of Debtor in Possession Motion, Motion to Expedite and Motion to Seal and Redact & Proposed Amended February 23 Hearing Agenda | 6 | 6,378 | | 29 | 6 | | | 35 | | 29 |
| 02/22/16 | Reply Brief in Support of Debtors' Motion for Entry of a Stipulation and Order Concerning Reclamation Bonding of Their Surface Coal Mining Operations in Wyoming | 1 | 90 | | 6 | | | | 6 | | 6 |

**Mailing Detail**

| Post Date | Mailing Name | Total # Documents | Total Images | Total Faxed Images | Total First Class Mail Packages | Total FedEx Packages | Total Express Mail Packages | Checks Printed | Customization - Envelope Printing | Standard # 10 Envelopes | Oversized Envelopes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/16 | E&Y, FTI, Bryan Cave, & Davis Polk Retention Orders, Sale, Rejection, & Claims Procedures Orders, Interim Order, Retention & Compensation Order, Corrected Rejection, Limited Relief, Knott Sale, & Contracts Orders, & Finance, Sale, & Auto Stay Final Orders | 16 | 17,877 | | 202 | | | | 202 | 93 | 109 |
| 02/29/16 | January 2016 Monthly Operating Report | 1 | 138 | | 6 | | | | 6 | | 6 |
| 02/29/16 | Stipulation & Order Concerning Bonding of Surface Coal | 1 | 72 | | 6 | | | | 6 | 6 | |
| | **TOTAL:** | | 42,692 | 36 | 558 | 91 | 7 | 0 | 656 | 408 | 150 |