# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 11<br>Case No. 16-40120-705 |
| **ARCH COAL, INC.,** *et al.,* | (Jointly Administered) |
| Debtors.[1] | Related to Docket No. 789 |

## ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH TO FILE A PLAN OF REORGANIZATION AND SOLICIT VOTES THEREON

On May 10, 2016, Arch Coal, Inc. and its subsidiaries that are debtors and debtors in possession in these cases (collectively, the "**Debtors**") filed a motion (the "**Motion**")[2] for an order, pursuant to section 1121(d) of the Bankruptcy Code, seeking entry of an order extending (i) the exclusive period for the Debtors to file a chapter 11 plan (the "**Exclusive Filing Period**"), from May 10, 2016 to September 7, 2016 and (ii) the exclusive period for the Debtors to solicit acceptances thereof (the "**Exclusive Solicitation Period**" and, together with the Exclusive Filing Period, the "**Debtors' Exclusive Periods**"), from July 9, 2016 to November 6, 2016.  This Court having jurisdiction to consider the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and it having authority to hear the matters raised in the Motion pursuant to 28 U.S.C. § 157; and it having venue pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having represented that they provided proper and sufficient notice; and the Court having reviewed the Motion; and the relief requested in the Motion being in the best interests of the Debtors, their estates and their

---

[1] The Debtors are listed on Schedule 1 attached to the Motion.  The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

[2] Each capitalized term used herein but not otherwise defined herein shall have the meaning ascribed to it in the Motion.

creditors; and the Court having determined that there exists the required basis for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation; the Court ORDERS that:

1. The relief requested in the Motion is hereby **GRANTED** as set forth herein.

2. The Debtors' Exclusive Filing Period is hereby extended through and including September 7, 2016.

3. The Debtors' Exclusive Solicitation Period is hereby extended from July 9, 2016 through and including November 6, 2016.

4. The relief requested herein is without prejudice to the Debtors' right to seek additional extensions of the Debtors' Exclusive Periods with respect to one or more of the Debtors.

5. Notwithstanding any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or Local Rule of the Bankruptcy Court for the Eastern District of Missouri that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors have represented that proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Eastern District of Missouri.

7. No later than 24 hours after the date of this Order, the Debtors shall serve a copy of this Order on the Notice Parties and, no later than 24 hours after such service, the Debtors shall file a certificate of service with the Court.

DATED: July 5, 2016  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN, III  
U.S. Bankruptcy Judge

-3-

**Order Prepared By:**
Marshall S. Huebner
Brian M. Resnick
Michelle M. McGreal
Kevin J. Coco
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017