UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| In re: <br><br> **ARCH COAL, INC.,** *et al.,* <br><br> Reorganized Debtors.[1] | Chapter 11 <br> Case No. 16-40120-705 <br><br> **(Jointly Administered)** |

**NOTICE OF APPLICATION FOR ENTRY OF FINAL DECREE
CLOSING CHAPTER 11 CASES OF 58 REORGANIZED DEBTORS**

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.**

**YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 30 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED.**

**IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

---

[1] The Debtors are listed on Schedule 1 attached hereto.  The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' chapter 11 petitions.

### APPLICATION FOR ENTRY OF FINAL DECREE CLOSING
### CHAPTER 11 CASES OF 58 REORGANIZED DEBTORS

NOW COME Arch Coal, Inc. and its subsidiaries as successors to the debtors and debtors in possession in these proceedings (collectively, the "**Debtors**" or "**Reorganized Debtors**") and move this Court for entry of a final decree closing the chapter 11 cases of 58 Reorganized Debtors. In support of this application (the "**Application**"), the Reorganized Debtors show the Court as follows:

### Relief Requested

1. By this Application, and pursuant to section 350(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 3022(A) of the Local Bankruptcy Rules for the Eastern District of Missouri (the "**Local Rules**"), the Reorganized Debtors request entry of an order (the "**Proposed Order**")[2] entering a final decree closing the bankruptcy cases of 58 Reorganized Debtors listed on **Exhibit A**, attached hereto (the "**Fully Administered Cases**"). Entry of a final decree closing the Fully Administered Cases is appropriate because the outstanding claims in each case have been fully resolved or will be fully resolved by January 27, 2017,[3] and the cases have been fully administered but for strictly ministerial final distributions to creditors.

---

[2] A copy of the Proposed Order will be provided to the Notice Parties (as defined below) and made available on the Debtors' Case Information Website at *https://cases.primeclerk.com/archcoal*.

[3] A small number of open claims remain on the claims register in the cases of ICG Eastern, LLC (No. 16-40163), ICG, LLC (No. 16-40160), Catenary Holdco, Inc. (No. 16-40151) and Lone Mountain Processing, Inc. (No. 16-40127). Pursuant to discussions with the claimants, the Reorganized Debtors expect such claims to be withdrawn. To the extent that any such claims are not withdrawn, the Reorganized Debtors will withdraw the applicable cases from the relief requested in this Application and the proposed final decree to be submitted to the Court.

-2-

**Jurisdiction**

2.    This Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1408 and 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**Background**

3.    The Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on January 11, 2016 (the "**Petition Date**").

4.    On September 15, 2016, the Court entered an order [as amended, ECF. No. 1334] (the "**Confirmation Order**"), confirming the *Debtors' Fourth Amended Joint Plan of Reorganization* (the "**Plan**"). The Effective Date of the Plan occurred on October 5, 2016.

5.    The Debtors' cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of Chapter 11 Cases* entered by this Court on January 13, 2016 in each of the Debtors' cases.

6.    The Court entered the *Order Establishing Certain Notice, Case Management and Administrative Procedures* on January 21, 2016 [ECF No. 155] (the "**Case Management Order**").

7.    Additional information about the Debtors' businesses and the events leading up to the Petition Date can be found in the *Declaration of John T. Drexler, Senior Vice President and Chief Financial Officer of Arch Coal, Inc.*, filed on the Petition Date [ECF No. 3], which is incorporated herein by reference.

**Argument**

8.    The Fully Administered Cases are ready to be closed because the outstanding claims in each case have either been fully resolved or will be fully resolved by January 27, 2017. The remaining final distribution to be made to creditors is a strictly ministerial function of the

-3-

Reorganized Debtors. The Reorganized Debtors do not anticipate any issues requiring judicial action that would warrant keeping the Fully Administered Cases open. Entry of a final decree is, therefore, appropriate.

9. Pursuant to Local Rule 3022(A), the Reorganized Debtors disclose additional information in the following table:

| Question | Response |
|---|---|
| (1) The date the amended order confirming the Plan became final: | September 30, 2016 |
| (2) Whether deposits required by the Plan have been made: | Not Applicable |
| (3) Whether the property proposed by the Plan to be transferred has been transferred: | Yes |
| (4) Whether each debtor or successor of each debtor under the Plan has assumed the business or the management of the property dealt with by the Plan: | Yes |
| (5) Whether payments under the Plan have commenced: | Yes |
| (6) A breakdown of the disbursements, as applicable, from the inception of the case for fees and expenses of the debtor's counsel and other professionals: | Not applicable, as fees and expenses were not allocated to particular Debtors in these jointly administered cases |
| (7) The percentage dividend paid and/or to be paid, or an explanation of why the dividend percentage is not yet determinable: | The percentage is not yet determinable because the distributions in the Fully Administered cases depend, in some measure, on the resolution of outstanding claims objections in jointly administered cases that have not been fully administered. Parties interested in reviewing estimated distributions are referred to pages 6–10 of the Disclosure Statement dated July 6, 2016 [ECF No. 1091] and the disclaimers contained therein. |

| | |
|---|---|
| (8) The status of all pending motions, contested matters, objections to claims, and adversary proceedings: | All pending motions, contested matters, adversary proceedings and objections to claims are resolved or will be resolved by January 27, 2017. |
| (9) A list of all motions, contested matters, objections to claims, and adversary proceedings which are to be filed: | None |
| (10) Whether all fees due to the United States Trustee have been paid: | Yes |

WHEREFORE, the Debtors respectfully request that this Court:

(a) enter a final decree closing the Fully Administered Cases, and

(b) grant the Reorganized Debtors such other and further relief as is just and proper.

Dated: December 28, 2016
New York, New York

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

 /s/ Michelle M. McGreal
Marshall S. Huebner
Brian M. Resnick
Michelle M. McGreal

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
Fax: (212) 607-7983
marshall.huebner@davispolk.com
brian.resnick@davispolk.com
michelle.mcgreal@davispolk.com

*Counsel to the Reorganized Debtors*

# SCHEDULE 1

<u>Debtor Entities</u>

| | | | | |
|---|---|---|---|---|
| 1. | ACI Terminal, LLC | | 37. | ICG Eastern, LLC |
| 2. | Allegheny Land Company | | 38. | ICG Eastern Land, LLC |
| 3. | Apogee Holdco, Inc. | | 39. | ICG Illinois, LLC |
| 4. | Arch Coal, Inc. | | 40. | ICG Natural Resources, LLC |
| 5. | Arch Coal Sales Company, Inc. | | 41. | ICG Tygart Valley, LLC |
| 6. | Arch Coal West, LLC | | 42. | International Coal Group, Inc. |
| 7. | Arch Development, LLC | | 43. | Jacobs Ranch Coal LLC |
| 8. | Arch Energy Resources, LLC | | 44. | Jacobs Ranch Holdings I LLC |
| 9. | Arch Reclamation Services, Inc. | | 45. | Jacobs Ranch Holdings II LLC |
| 10. | Arch Western Acquisition Corporation | | 46. | Juliana Mining Company, Inc. |
| 11. | Arch Western Acquisition, LLC | | 47. | King Knob Coal Co., Inc. |
| 12. | Arch Western Bituminous Group, LLC | | 48. | Lone Mountain Processing, Inc. |
| 13. | Arch Western Finance LLC | | 49. | Marine Coal Sales Company |
| 14. | Arch Western Resources, LLC | | 50. | Melrose Coal Company, Inc. |
| 15. | Arch of Wyoming, LLC | | 51. | Mingo Logan Coal Company |
| 16. | Ark Land Company | | 52. | Mountain Coal Company, L.L.C. |
| 17. | Ark Land KH, Inc. | | 53. | Mountain Gem Land, Inc. |
| 18. | Ark Land LT, Inc. | | 54. | Mountain Mining, Inc. |
| 19. | Ark Land WR, Inc. | | 55. | Mountaineer Land Company |
| 20. | Ashland Terminal, Inc. | | 56. | Otter Creek Coal, LLC |
| 21. | Bronco Mining Company, Inc. | | 57. | Patriot Mining Company, Inc. |
| 22. | Catenary Coal Holdings, Inc. | | 58. | P.C. Holding, Inc. |
| 23. | Catenary HoldCo, Inc. | | 59. | Powell Mountain Energy, LLC |
| 24. | Coal-Mac, Inc. | | 60. | Prairie Coal Company, LLC |
| 25. | CoalQuest Development LLC | | 61. | Prairie Holdings, Inc. |
| 26. | Cumberland River Coal Company | | 62. | Saddleback Hills Coal Company |
| 27. | Energy Development Co. | | 63. | Shelby Run Mining Company, LLC |
| 28. | Hawthorne Coal Company, Inc. | | 64. | Simba Group, Inc. |
| 29. | Hobet Holdco, Inc. | | 65. | Thunder Basin Coal Company, L.L.C. |
| 30. | Hunter Ridge, Inc. | | 66. | Triton Coal Company, L.L.C. |
| 31. | Hunter Ridge Coal Company | | 67. | Upshur Property, Inc. |
| 32. | Hunter Ridge Holdings, Inc. | | 68. | Vindex Energy Corporation |
| 33. | ICG, Inc. | | 69. | Western Energy Resources, Inc. |
| 34. | ICG, LLC | | 70. | White Wolf Energy, Inc. |
| 35. | ICG Beckley, LLC | | 71. | Wolf Run Mining Company |
| 36. | ICG East Kentucky, LLC | | | |

**EXHIBIT A**

Fully Administered Cases

|     | **Debtor** | **Case No.** |
| --- | --- | --- |
| 1.  | ACI Terminal, LLC | 16-40123 |
| 2.  | Allegheny Land Company | 16-40124 |
| 3.  | Apogee Holdco, Inc. | 16-40129 |
| 4.  | Arch Coal West, LLC | 16-40126 |
| 5.  | Arch Development, LLC | 16-40131 |
| 6.  | Arch Energy Resources, LLC | 16-40133 |
| 7.  | Arch of Wyoming, LLC | 16-40150 |
| 8.  | Arch Reclamation Services, Inc. | 16-40140 |
| 9.  | Arch Western Acquisition Corporation | 16-40148 |
| 10. | Arch Western Acquisition, LLC | 16-40135 |
| 11. | Arch Western Bituminous Group, LLC | 16-40139 |
| 12. | Arch Western Finance, LLC | 16-40143 |
| 13. | Ark Land KH, Inc. | 16-40122 |
| 14. | Ark Land LT, Inc. | 16-40125 |
| 15. | Ark Land WR, Inc. | 16-40128 |
| 16. | Ashland Terminal, Inc. | 16-40137 |
| 17. | Bronco Mining Company, Inc. | 16-40141 |
| 18. | Catenary Coal Holdings, Inc. | 16-40145 |
| 19. | Catenary Holdco, Inc. | 16-40151 |
| 20. | Cumberland River Coal Company | 16-40161 |
| 21. | Energy Development Co. | 16-40166 |
| 22. | Hawthorne Coal Company, Inc. | 16-40170 |
| 23. | Hobet Holdco, Inc. | 16-40174 |
| 24. | Hunter Ridge Coal Company | 16-40179 |
| 25. | Hunter Ridge Holdings, Inc. | 16-40180 |
| 26. | Hunter Ridge, Inc. | 16-40177 |
| 27. | ICG Beckley, LLC | 16-40157 |
| 28. | ICG East Kentucky, LLC | 16-40159 |
| 29. | ICG Eastern Land, LLC | 16-40165 |
| 30. | ICG Eastern, LLC | 16-40163 |
| 31. | ICG Natural Resources, LLC | 16-40175 |
| 32. | ICG, Inc. | 16-40182 |
| 33. | ICG, LLC | 16-40160 |
| 34. | International Coal Group, Inc. | 16-40184 |
| 35. | Jacobs Ranch Coal LLC | 16-40173 |
| 36. | Jacobs Ranch Holdings I LLC | 16-40178 |
| 37. | Jacobs Ranch Holdings II LLC | 16-40181 |

|     | **Debtor**                          | **Case No.** |
| --- | ----------------------------------- | ------------ |
| 38. | Juliana Mining Company, Inc.        | 16-40185     |
| 39. | King Knob Coal Co., Inc.            | 16-40121     |
| 40. | Lone Mountain Processing, Inc.      | 16-40127     |
| 41. | Marine Coal Sales Company           | 16-40130     |
| 42. | Melrose Coal Company, Inc.          | 16-40132     |
| 43. | Mountain Gem Land, Inc.             | 16-40138     |
| 44. | Mountain Mining, Inc.               | 16-40142     |
| 45. | Mountaineer Land Company            | 16-40144     |
| 46. | Otter Creek Coal, LLC               | 16-40186     |
| 47. | P.C. Holding, Inc.                  | 16-40147     |
| 48. | Powell Mountain Energy, LLC         | 16-40187     |
| 49. | Prairie Coal Company, LLC           | 16-40191     |
| 50. | Prairie Holdings, Inc.              | 16-40152     |
| 51. | Saddleback Hills Coal Company       | 16-40155     |
| 52. | Shelby Run Mining Company, LLC      | 16-40188     |
| 53. | Simba Group, Inc.                   | 16-40158     |
| 54. | Thunder Basin Coal Company, L.L.C.  | 16-40189     |
| 55. | Triton Coal Company, LLC            | 16-40190     |
| 56. | Upshur Property, Inc.               | 16-40162     |
| 57. | Western Energy Resources, Inc.      | 16-40169     |
| 58. | White Wolf Energy, Inc.             | 16-40172     |