**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11<br>Case No. 16-40120-705 |
| **ARCH COAL, INC.,** *et al.,* | (Jointly Administered) |
| Reorganized Debtors.[1] | Related to Docket No. 1504 |

**FINAL DECREE CLOSING CHAPTER 11 CASES OF 58 REORGANIZED DEBTORS**

On December 28, 2016, Arch Coal, Inc., et al. (collectively, the "**Reorganized Debtors**") filed an application (the "**Application**")[2] for a final decree closing the bankruptcy cases of fifty-eight of the Reorganized Debtors (the cases of those fifty-eight Reorganized Debtors are listed on Exhibit A (the "**58 Cases**")). The 58 Cases involve subsidiary debtors or otherwise non-"lead" debtors; the case of the "lead" debtor, Arch Coal, Inc., is not one of the 58 Cases.

The Court **FINDS** that all matters of administration related to the 58 Cases appear to be complete, that there is no continuing need to keep these 58 Cases open, and that continuing to keep these 58 Cases open would result in the incurrence of additional fees. Accordingly, the Court **HOLDS** that it would be in the best interest of the estates and their unsecured creditors that the 58 Cases be closed and that a final decree be issued, and therefore **ORDERS** that:

1. The relief requested in the Application be **GRANTED** as set forth herein.

2. The 58 Cases be closed pursuant to 11 U.S.C. § 350(a).

---

[1] The Reorganized Debtors are listed on Schedule 1 attached to the Application. The employer tax identification numbers and addresses for each of the Reorganized Debtors are set forth in the Debtors' chapter 11 petitions.

[2] Each capitalized term used herein but not otherwise defined herein shall have the meaning ascribed to it in the Application.

3. The Reorganized Debtors are ordered to pay any remaining United States Trustee Fees, as and when due.

4. The Court notes that two pro se individuals, Wayne English and Donald C. Marro, have filed appeals of certain orders entered in the jointly administered cases of these Reorganized Debtors. Based on representations by Messrs. English and Marro, it appears to the Court that their appeals relate to orders as entered in the Case of the lead debtor, Arch Coal, Inc. The case of Arch Coal, Inc. is not one of the 58 Cases being closed pursuant to this Final Decree. Further, the closure of the 58 Cases shall not prejudice or otherwise affect any rights that Wayne English or Donald C. Marro may have, or claim to have, against any of the Reorganized Debtors in their respective pending appeals to the District Court. If and to the extent that either Mr. English or Mr. Marro obtains relief in his appeal, the Reorganized Debtors shall move to reopen such of the 58 Cases (if any) as may be necessary to permit either Mr. English or Mr. Marro to recover on the claims previously disallowed by this Court.

5. Entry of this order does not release or relieve Prime Clerk, LLC, the Court's claims and noticing agent, of its responsibilities as the Court's claims and noticing agent in these cases. Prime Clerk, LLC shall not destroy any records or file any certificates of destruction in this case without express permission form the Bankruptcy Clerk for Eastern District of Missouri and until further order of this Court in the case of the lead debtor, Arch Coal, Inc.

6. Notwithstanding any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or Local Rule of the Bankruptcy Court for the Eastern District of Missouri that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Reorganized Debtors have represented that proper, timely, adequate and sufficient notice of the Application has been provided in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Eastern District of Missouri.

8. No later than 24 hours after the date of this Order, the Reorganized Debtors shall serve a copy of this Order on the Notice Parties and, no later than 24 hours after such service, the Reorganized Debtors shall file a certificate of service with the Court.

DATED: February 23, 2017
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

## EXHIBIT A

### 58 CASES TO BE CLOSED

|     | Debtor | Case No. |
| --- | --- | --- |
| 1.  | ACI Terminal, LLC | 16-40123 |
| 2.  | Allegheny Land Company | 16-40124 |
| 3.  | Apogee Holdco, Inc. | 16-40129 |
| 4.  | Arch Coal West, LLC | 16-40126 |
| 5.  | Arch Development, LLC | 16-40131 |
| 6.  | Arch Energy Resources, LLC | 16-40133 |
| 7.  | Arch of Wyoming, LLC | 16-40150 |
| 8.  | Arch Reclamation Services, Inc. | 16-40140 |
| 9.  | Arch Western Acquisition Corporation | 16-40148 |
| 10. | Arch Western Acquisition, LLC | 16-40135 |
| 11. | Arch Western Bituminous Group, LLC | 16-40139 |
| 12. | Arch Western Finance, LLC | 16-40143 |
| 13. | Ark Land KH, Inc. | 16-40122 |
| 14. | Ark Land LT, Inc. | 16-40125 |
| 15. | Ark Land WR, Inc. | 16-40128 |
| 16. | Ashland Terminal, Inc. | 16-40137 |
| 17. | Bronco Mining Company, Inc. | 16-40141 |
| 18. | Catenary Coal Holdings, Inc. | 16-40145 |
| 19. | Catenary Holdco, Inc. | 16-40151 |
| 20. | Cumberland River Coal Company | 16-40161 |
| 21. | Energy Development Co. | 16-40166 |
| 22. | Hawthorne Coal Company, Inc. | 16-40170 |
| 23. | Hobet Holdco, Inc. | 16-40174 |
| 24. | Hunter Ridge Coal Company | 16-40179 |
| 25. | Hunter Ridge Holdings, Inc. | 16-40180 |
| 26. | Hunter Ridge, Inc. | 16-40177 |
| 27. | ICG Beckley, LLC | 16-40157 |
| 28. | ICG East Kentucky, LLC | 16-40159 |
| 29. | ICG Eastern Land, LLC | 16-40165 |
| 30. | ICG Eastern, LLC | 16-40163 |
| 31. | ICG Natural Resources, LLC | 16-40175 |
| 32. | ICG, Inc. | 16-40182 |
| 33. | ICG, LLC | 16-40160 |
| 34. | International Coal Group, Inc. | 16-40184 |
| 35. | Jacobs Ranch Coal LLC | 16-40173 |
| 36. | Jacobs Ranch Holdings I LLC | 16-40178 |
| 37. | Jacobs Ranch Holdings II LLC | 16-40181 |

|     | **Debtor**                          | **Case No.** |
| --- | ----------------------------------- | ------------ |
| 38. | Juliana Mining Company, Inc.        | 16-40185     |
| 39. | King Knob Coal Co., Inc.            | 16-40121     |
| 40. | Lone Mountain Processing, Inc.      | 16-40127     |
| 41. | Marine Coal Sales Company           | 16-40130     |
| 42. | Melrose Coal Company, Inc.          | 16-40132     |
| 43. | Mountain Gem Land, Inc.             | 16-40138     |
| 44. | Mountain Mining, Inc.               | 16-40142     |
| 45. | Mountaineer Land Company            | 16-40144     |
| 46. | Otter Creek Coal, LLC               | 16-40186     |
| 47. | P.C. Holding, Inc.                  | 16-40147     |
| 48. | Powell Mountain Energy, LLC         | 16-40187     |
| 49. | Prairie Coal Company, LLC           | 16-40191     |
| 50. | Prairie Holdings, Inc.              | 16-40152     |
| 51. | Saddleback Hills Coal Company       | 16-40155     |
| 52. | Shelby Run Mining Company, LLC      | 16-40188     |
| 53. | Simba Group, Inc.                   | 16-40158     |
| 54. | Thunder Basin Coal Company, L.L.C.  | 16-40189     |
| 55. | Triton Coal Company, LLC            | 16-40190     |
| 56. | Upshur Property, Inc.               | 16-40162     |
| 57. | Western Energy Resources, Inc.      | 16-40169     |
| 58. | White Wolf Energy, Inc.             | 16-40172     |