UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

IN RE:
CASE NO.: 16–40120
CHAPTER: 11
DEBTOR(s):
Arch Coal Inc – See below for reported alias information

FINAL DECREE

A review of the Court file has indicated that the estate has been fully administered;

IT IS FURTHER ORDERED that case is closed.

Dated: 9/26/18

*[signature]*

U.S. Bankruptcy Judge

**Reported Alias Information:**
Arch Coal Inc –
–